| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MetroRiverside, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**83-0456825** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1550 Tiburon Blvd., Suite B1**<br>**Belvedere Tiburon, CA**<br>ZIP Code **94920** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**3500 Market Street**<br>**Riverside, CA 92501** | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MetroRiverside, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **MetroRiverside, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Reno F.R. Fernandez III**
Signature of Attorney for Debtor(s)

**Reno F.R. Fernandez III 251934**
Printed Name of Attorney for Debtor(s)

**Macdonald Fernandez LLP**
Firm Name

**221 Sansome Street, 3rd Floor**
**San Francisco, CA 94104**

_____
Address

**(415) 362-0449  Fax: (415) 394-5544**
Telephone Number

**June 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Siavash Barmand**
Signature of Authorized Individual

**Siavash Barmand**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**June 12, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re   **MetroRiverside, LLC**
_____   Case No. _____
                                                    Debtor(s)        Chapter    **11**
_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Anthony Glaves<br>135 Stone Pine Lane<br>Menlo Park, CA 94025 | Anthony Glaves<br>135 Stone Pine Lane<br>Menlo Park, CA 94025<br>(650) 799-1329 | Unsecured Loan for Working Capital Amounts reflected as of 5/31/14. | | 154,777.00 |
| AT&T<br>Po Box 5025<br>Carol Stream, IL 60197-5025 | AT&T<br>Po Box 5025<br>Carol Stream, IL 60197-5025<br>(800) 750-2355 | Telephone Services | | 1,136.00 |
| AT&T<br>Po Box 5025<br>Carol Stream, IL 60197-5025 | AT&T #951 248-9226 605 1<br>Po Box 5025<br>Carol Stream, IL 60197-5025<br>(800) 750-2355 | Telephone Services | | 379.68 |
| Benefit Risk Management Services, Inc.<br>PO Box 2140<br>Folsom, CA 95763 | Benefit Risk Management Services, Inc.<br>PO Box 2140<br>Folsom, CA 95763<br>(916) 467-1400 | | | 3,180.48 |
| Bulk TV & Internet<br>P.O. Box 99129<br>Raleigh, NC 27624-9129 | Bulk TV & Internet<br>P.O. Box 99129<br>Raleigh, NC 27624-9129<br>(919) 850-3208 | Vendor | | 2,090.03 |
| Central Parking System<br>3750 Market Street<br>Riverside, CA 92501 | Central Parking System<br>3750 Market Street<br>Riverside, CA 92501<br>(951) 784-1757 | Vendor | | 11,301.75 |
| Ethostream<br>P.O. Box 505241<br>Saint Louis, MO 63150-5241 | Ethostream<br>P.O. Box 505241<br>Saint Louis, MO 63150-5241 | | | 250.00 |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109 | Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109 | Mailing Services | | 128.19 |
| Gate City Beverage<br>P.O. Box 842685<br>Los Angeles, CA 90084-2686 | Gate City Beverage<br>P.O. Box 842685<br>Los Angeles, CA 90084-2686<br>(714) 712-2490 | Vendor | | 361.60 |

In re __MetroRiverside, LLC_____       Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| GE Capital<br>Po Box 31001-0271<br>Pasadena, CA 91110-0271 | GE Capital<br>Po Box 31001-0271<br>Pasadena, CA 91110-0271<br>(888) 652-2271 | Vendor | | 423.08 |
| Orange Cleaners<br>P.O. Box 515381 #22951<br>Los Angeles, CA 90051-8861 | Orange Cleaners<br>P.O. Box 515381 #22951<br>Los Angeles, CA 90051-8861<br>(800) 392-0140 | Vendor | | 1,058.50 |
| Paul Cliff<br>Lobb & Cliff, LLP<br>1650 Spruce Street, Suite 410<br>Riverside, CA 92507 | Paul Cliff<br>Lobb & Cliff, LLP<br>1650 Spruce Street, Suite 410<br>Riverside, CA 92507<br>(951) 788-9410 | Legal Services | | 7,690.50 |
| Pepsi-Cola<br>P.O. Box 75948<br>Chicago, IL 60675-5948 | Pepsi-Cola Co.<br>P.O. Box 75948<br>Chicago, IL 60675-5948<br>(813) 971-5755 | Vendor | | 442.96 |
| Russell Schwartz<br>18 Monte Ave<br>Oakland, CA 94611 | Russell Schwartz<br>18 Monte Ave<br>Oakland, CA 94611 | Unsecured Loan for Working Capital Amounts reflected as of 5/31/14. | | 105,466.00 |
| Starbucks<br>P.O. Box 84348<br>Seattle, WA 98124-5648 | Starbucks<br>P.O. Box 84348<br>Seattle, WA 98124-5648 | Vendor | | 275.00 |
| Sysco Riverside, Inc.<br>15750 Meridian Parkway<br>March Air Reserve Base, CA 92518 | Sysco Riverside, Inc.<br>15750 Meridian Parkway<br>March Air Reserve Base, CA 92518<br>(951) 601-5380 | Vendor | | 6,684.33 |
| The Redevelopment Agency of the<br>City of Riverside<br>3900 Main Street<br>Riverside, CA 92522 | The Redevelopment Agency of the City of Riverside<br>Attn: Executive Director<br>Riverside, CA 92501<br>(951) 826-5649 | 3500 Market Street, Riverside, California. 125 Room Hyatt Place Hotel with Adjacent 75 Stall Surface Parking Lot: APN NOs. 213 182 022-9; 213 182 021- | | 20,660,000.00<br><br>(17,000,000.00 secured) |
| Tri-State Security Patrol, Inc.<br>3291 Trade Center Drive<br>Riverside, CA 92507 | Tri-State Security Patrol, Inc.<br>3291 Trade Center Drive<br>Riverside, CA 92507<br>(605) 330-4014 | Vendor | | 594.00 |
| Vistar<br>P.O. Box 951080<br>Dallas, TX 75395-1080 | Vistar<br>P.O. Box 951080<br>Dallas, TX 75395-1080<br>(909) 673-1780 | Vendor | | 286.86 |

In re   **MetroRiverside, LLC**                       Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wasserstrom Company**<br>**477 S. Front Street**<br>**Columbus, OH 43215** | **Wasserstrom Company**<br>**477 S. Front Street**<br>**Columbus, OH 43215**<br>**(614) 228-6525** | **Vendor** | | **891.59** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 12, 2014**                Signature   **/s/ Siavash Barmand**
                                                          **Siavash Barmand**
                                                          **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **MetroRiverside, LLC** _____,  Case No. _____

                                                        Debtor

                                                                        Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | 17,000,000.00 | | |
| B - Personal Property | Yes | 33 | 1,791,487.01 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 20,660,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,147,587.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 51 | | | |
| Total Assets | | | 18,791,487.01 | | |
| Total Liabilities | | | | 21,807,587.45 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **MetroRiverside, LLC** _____,

                              Debtor

Case No. _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re    **MetroRiverside, LLC**                          ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3500 Market Street**<br>**Riverside, California**<br>**125 Room Hyatt Place Hotel with Adjacent 75 Stall**<br>**Surface Parking Lot**<br>**APN Nos. 213 182 022-9**<br>            **213 182 021-8**<br>            **213 182 020-7**<br>            **213 182 019-7**<br>            **213 182 018-6**<br><br>**See Legal Property Description attached to**<br>**Schedule A as Exhibit "A" and incorporated by**<br>**reference.**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Lender of the**<br>**City of Riverside, a public body corporate and**<br>**politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see**<br>**Exhibit "A" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010** | **Fee simple** | - | **17,000,000.00** | **20,660,000.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **17,000,000.00** | (Total of this page) |
| | | Total > | **17,000,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

# EXHIBIT A to
# Schedule A

# Exhibit "A"

# Legal Description

Real property in the City of Riverside, County of Riverside, State of California, described as follows:

PARCEL 1:

IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, BEING THAT PORTION OF BLOCK 5, RANGE 7, AS SHOWN ON THE MAP OF THE TOWN OF RIVERSIDE AS FILED IN MAP BOOK 7, PAGE 17 THEREOF, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA DESCRIBED AS FOLLOWS:

Beginning at the northwest corner of said Block;

Thence South 29°46'22" West, along the northwesterly line of said block, a distance of 132.59 feet;

Thence South 60°10'53" East, parallel with the northeasterly line of said block, a distance of 155.67 feet to a line that is parallel and 175.00 feet northwesterly from the southeasterly line of said block;

Thence North 29°43'54" East, along said parallel line, a distance of 132.59 feet to the northeasterly line of said Block;

Thence North 60°10'53" West along said northeasterly line, a distance of 155.57 feet to the Point of Beginning.

PARCEL 2:

IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, BEING THAT PORTION OF BLOCK 5, RANGE 7, AS SHOWN ON THE MAP OF THE TOWN OF RIVERSIDE AS FILED IN MAP BOOK 7, PAGE 17 THEREOF, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA DESCRIBED AS FOLLOWS:

Commencing at the northwest corner of said Block;

Thence South 29°46'22" West, along the northwesterly line of said block, a distance of 132.59 feet to the Point of Beginning;

Thence continuing South 29°46'22" West, along said northwesterly line, a distance of 50.00 feet;

Thence South 60°10'53" East, parallel with the northeasterly line of said block, a distance of 155.70 feet to a line that is parallel and 175.00 feet northwesterly from the southeasterly line of said block;

Thence North 29°43'54" East, along said parallel line, a distance of 50.00 feet;

Thence North 60°10'53" West, along a line that is parallel with the northeasterly line of said block, a distance of 155.67 feet to the Point of Beginning.

PARCEL 3:

IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, BEING THAT PORTION OF BLOCK 5, RANGE 7, AS SHOWN ON THE MAP OF THE TOWN OF RIVERSIDE AS FILED IN MAP BOOK 7, PAGE 17 THEREOF, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA DESCRIBED AS FOLLOWS:

Commencing at the northwest corner of said Block;

Thence South 29°46'22" West, along the northwesterly line of said block, a distance of 182.59 feet to the Point of Beginning;

Thence continuing South 29°46'22" West, along said northwesterly line, a distance of 50.00 feet;

Thence South 60°10'53" East, parallel with the northeasterly line of said block, a distance of 155.74 feet to a line that is parallel and 175.00 feet northwesterly from the southeasterly line of said block;

Thence North 29°43'54" East, along said parallel line, a distance of 50.00 feet;

Thence North 60°10'53" West, along a line that is parallel with the northeasterly line of said block, a distance of 155.70 feet to the Point of Beginning.

PARCEL 4:

IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, BEING THAT PORTION OF BLOCK 5, RANGE 7, AS SHOWN ON THE MAP OF THE TOWN OF RIVERSIDE AS FILED IN MAP BOOK 7, PAGE 17 THEREOF, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA DESCRIBED AS FOLLOWS:

Commencing at the northwest corner of said Block;

Thence South 29°46'22" West, along the northwesterly line of said block, a distance of 232.59 feet to the Point of Beginning;

Thence continuing South 29°46'22" West, along said northwesterly line, a distance of 50.00 feet;

Thence South 60°10'53" East, parallel with the northeasterly line of said block, a distance of 155.77 feet to a line that is parallel and 175.00 feet northwesterly from the southeasterly line of said block;

Thence North 29°43'54" East, along said parallel line, a distance of 50.00 feet;

Thence North 60°10'53" West, along a line that is parallel with the northeasterly line of said block, a distance of 155.74 feet to the Point of Beginning.

PARCEL 5:

IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, BEING THAT PORTION OF BLOCK 5, RANGE 7, AS SHOWN ON THE MAP OF THE TOWN OF RIVERSIDE AS FILED IN MAP BOOK 7, PAGE 17 THEREOF, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA DESCRIBED AS FOLLOWS:

Commencing at the northwest corner of said Block;

Thence South 29°46'22" West, along the northwesterly line of said block, a distance of 282.59 feet to the Point of Beginning;

Thence South 60°10'53" East, parallel with the northeasterly line of said block, a distance of 155.77 feet to a line that is parallel and 175.00 feet northwesterly from the southeasterly line of said block;

Thence South 29°43'54" West, along said parallel line, a distance of 48.89 feet to the southwesterly line of said block, said southwesterly line also being the northeasterly line of Sixth Street;

Thence North 60°13'28" West, along said southwesterly line, a distance of 155.81 feet to the southwesterly corner of said Block;

Thence North 29°46'22" East, along the northwesterly line of said block, a distance of 49.01 feet to the Point of Beginning.

All as described in that certain City of Riverside Certificate of Compliance recorded March 23, 2010 as Instrument No. 2010-0129720 of Official Records.

In re   **MetroRiverside, LLC**                               ,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash for hotel located at:**<br>**Hyatt Place**<br>**3500 Market Street**<br>**Riverside, California**<br><br>/ | - | **3,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Marin (Checking)**<br>**Account # XXXX0049**<br>**504 Redwood Boulevard, Suite 100**<br>**Novato, CA 94947**<br>**(Amount reflected as of June 6, 2014)**<br><br>/ | - | **653.97** |
| | | **Wells Fargo Bank, N.A. (Hotel Reserve Fund)**<br>**Account # XXXX5662**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Amount reflected as of June 6, 2014)**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>/ | - | **398,748.75** |

|  |  |
|---|---|
| Sub-Total > | **402,402.72** |
| (Total of this page) | |

__10__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re   **MetroRiverside, LLC**                           ,       Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Wells Fargo Bank, N.A. (Operating Account)**<br>**Account # XXXX5508**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br>**(Amount reflected as of June 6, 2014)**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | - | **100.00** |
| | | **Wells Fargo Bank, N.A. (Hotel's Operating Account Used by RIM)**<br>**Account # XXXX0106**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | - | **310,892.99** |

|  | Sub-Total > | **310,992.99** |
|---|---|---|
| | (Total of this page) | |

Sheet  **1**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re   **MetroRiverside, LLC**                           ,        Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Wells Fargo Bank, N.A. (Business High Yield Savings)** **Account Used as a Property Tax Reserve** **Account # XXXX8173** **P.O. Box 6995** **Portland, OR 97228-6995** **Market Value reflects balance as of May 31, 2014** **Lienholder:** **Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic** **First Deed of Trust executed March 2, 2010** **UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.** **UCC Doc. No. 24586170002** **UCC Filed: 4/5/2010** **/** | - | 62,836.61 |
| | | **Wells Fargo Bank, N.A. (Business High Yield Savings)** **Account Used as a Furniture, Fixtures & Equipment (herein "FF&E") Reserve** **Account # XXXX7753** **P.O. Box 6995** **Portland, OR 97228-6995** **Market Value reflects balance as of May 31, 2014** **Lienholder:** **Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic** **First Deed of Trust executed March 2, 2010** **UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.** **UCC Doc. No. 24586170002** **UCC Filed: 4/5/2010** **/** | - | 131,195.50 |

Sub-Total >     **194,032.11**

(Total of this page)

Sheet __2__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re   **MetroRiverside, LLC**   ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit Held**<br>**Rim Corporation Insurance Program**<br>**Rim Hospitality**<br>**915 Seventeenth Street**<br>**Modesto, CA 95354**<br>**Two Month Deposit**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | - | **7,386.99** |
| | | | **Deposit Held**<br>**Rim Corporation Workers Compensation**<br>**Rim Hospitality**<br>**915 Seventeenth Street**<br>**Modesto, CA 95354**<br>**Two Month Deposit**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | - | **12,641.86** |

Sub-Total >    **20,028.85**
(Total of this page)

Sheet __3__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re  **MetroRiverside, LLC**
_____,  Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Deposit Held**<br>**TelePacific Communications**<br>**Attn: General Counsel**<br>**515 S. Flower Street, 47th Floor**<br>**Los Angeles, CA 90071-2201**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>_/_ | **-** | **1,800.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | **X** | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6.  Wearing apparel. | **X** | | | |
| 7.  Furs and jewelry. | **X** | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | **X** | | | |

| | | |
|---|---|---|
| | Sub-Total > | **1,800.00** |
| | (Total of this page) | |

Sheet __4__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re   **MetroRiverside, LLC**                             ,      Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Property Insurance for property located at: Hyatt Place - 3500 Market Street Riverside, CA 92501 Policy No. XXXXXXX7141 Effective 5/1/2014-5/1/2015 Policy Limit: $10,000,000.00**<br><br>**Agency: Wells Fargo Insurance Services USA, Inc. (CA DOI Lic.#0D08408) 10940 White Rock Road, 2nd Fl. Rancho Cordova, CA 95670-6076**<br><br>**Company: Everest Indemnity Insurance Co. P.O. Box 10851 Liberty Corner, NJ 07938**<br><br>**Lienholder: Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic First Deed of Trust executed March 2, 2010 UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference. UCC Doc. No. 24586170002 UCC Filed: 4/5/2010**<br><br>/ | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **5**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **MetroRiverside, LLC** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Guest Ledger Balance**<br>**3500 Market Street**<br>**Riverside, California**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | **-** | **30,063.87** |
| | | **Direct Bill Balance**<br>**3500 Market Street**<br>**Riverside, California**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010**<br><br>**/** | **-** | **54,487.47** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      <b>84,551.34</b><br>(Total of this page)

Sheet __6__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **MetroRiverside, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Litigation:**<br><br>**MetroRiverside, LLC v. City of Riverside, et al.; Superior Court of the State of California, County of Riverside; Case No. RIC-13-03305 (Complaint dismissed, City of Riverside's Counter-Complaint pending).**<br><br>**/** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Hyatt Place franchise for hotel located at: 3500 Market Street Riverside, California**<br><br>**Lienholder: Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic First Deed of Trust executed March 2, 2010 UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference. UCC Doc. No. 24586170002 UCC Filed: 4/5/2010**<br><br>**/** | - | **Unknown** |

Sub-Total >     <b>0.00</b>
(Total of this page)

Sheet  **7**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re     **MetroRiverside, LLC**  _____,     Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **On sale general eating place Alcohol and Beverage Control License for hotel located at: 3500 Market Street Riverside, California License # 503945** | **-** | **Unknown** |
| | | **Lienholder: Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic First Deed of Trust executed March 2, 2010 UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference. UCC Doc. No. 24586170002 UCC Filed: 4/5/2010** | | |
| | | **/** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet __8__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re    **MetroRiverside, LLC**                                  ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Office Furnishings, Computer Equipment and Operating Supplies and Signage for hotel items located at: 3500 Market Street Riverside, California**<br><br>**For estimated book value, see accompanying 2010, FF&E spreadsheet and the accompanying 2013 depreciation of items attached to Schedule B as Exhibit "2" and incorporated by reference. The market value reflected takes into account depreciation to 2013.**<br><br>**Lienholder: Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic First Deed of Trust executed March 2, 2010 UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference. UCC Doc. No. 24586170002 UCC Filed: 4/5/2010**<br><br>**/** | - | 146,333.00 |
| | | **Hotel Furniture, Fixtures, Cabinets (including Artwork) located at: 3500 Market Street Riverside, California**<br><br>**For estimated book value, see accompanying 2010, FF&E spreadsheet and the accompanying 2013 depreciation of items attached to Schedule B as Exhibit "2" and incorporated by reference. The market value reflected takes into account depreciation to 2013.**<br><br>**Lienholder: Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic First Deed of Trust executed March 2, 2010 UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference. UCC Doc. No. 24586170002 UCC Filed: 4/5/2010**<br><br>**/** | - | 546,063.00 |

Sub-Total >        692,396.00
(Total of this page)

Sheet  **9**  of  **10**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

In re __MetroRiverside, LLC_____ ,        Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment (Kitchen & Laundry) and Supplies for hotel items located at:**<br>**3500 Market Street**<br>**Riverside, California**<br><br>**For estimated book value, see accompanying 2010, FF&E spreadsheet and the accompanying 2013 depreciation of items attached to Schedule B as Exhibit "2" and incorporated by reference. The market value reflected below takes into account depreciation to 2013.**<br><br>**Lienholder:**<br>**Secured Party: The Redevelopment Agency of the City of Riverside, a public body corporate and politic**<br>**First Deed of Trust executed March 2, 2010**<br>**UCC Lien on all assets of the Debtor. Please see Exhibit "1" incorporated herein and by reference.**<br>**UCC Doc. No. 24586170002**<br>**UCC Filed: 4/5/2010** | - | 85,283.00 |
| | | / | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total ><br>(Total of this page) | 85,283.00 |
| Total > | 1,791,487.01 |

Sheet __10__ of __10__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# EXHIBIT 1 to
# Schedule B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

National Corporate Research, Ltd.
1107 9th Street, Suite 1025
Sacramento, CA 95814
P6-10034513
L052926

**10-7228025239**
**04/05/2010 15:53**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

24586170002  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| METRORIVERSIDE, LLC | | | | | |

| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 Tiburon Boulevard, Suite B1 | Tiburon | CA | 94920 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |  |
|---|---|---|---|---|---|
| | | LLC | California | 200606710183 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |  |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| The Redevelopment Agency of the City of Riverside | | | | | |

| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3900 Main Street | Riverside | CA | 95201 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See Schedule I attached hereto.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
70830-0001

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

9pq1

<u>Schedule 1 to UCC-1</u>

<u>Debtor</u>: Metroriverside, LLC, a California limited liability company

<u>Secured Party</u>: The Redevelopment Agency of the City of Riverside, a public body corporate and politic

Debtor hereby grants to Secured Party a security interest (which shall remain a continuing senior security interest) in, and assigns to Secured Party:

(i) all of the assets of Debtor, including, but not limited to, any portion of the Trust Estate that is or may be construed to be or to become personal property or an interest in personal property owned by Debtor;

(ii) all other personal property of every kind and description owned by Debtor, whether now existing or hereafter acquired, now or at any time hereafter affixed or attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with, or arising from the use or enjoyment of all or any portion of, or from any lease or agreement pertaining to, the Trust Estate, including all presently existing and hereafter arising earnings, rents and/or sub-rents, royalties, issues, profits, revenues, license fees, income, hotel guest charges and fees, occupancy fees and rents, banquet, restaurant, bar, cocktail area or lounge fees and rents, conference or other room revenues, fees and rents, proceeds and other benefits thereof which relate to or arise from the Trust Estate or any Hotel or other Improvements included therein or arising from the use, occupation or enjoyment of all or any portion thereof and deriving from any lease, sublease, license, franchise or concession now or hereafter affecting the Trust Estate or any portion thereof (subject, however, to the rights and authorities given hereinbelow to Debtor to collect and apply such rents);

(iii) all existing and future leases, subleases, sub-tenancies, licenses, occupancy or rental agreements (including hotel guest, banquet, conference or other room occupancy or rental agreements) and concessions relating to the use and enjoyment of all or any part of the Trust Estate, Hotel or other Improvements, and any and all deposits, guaranties, letter of credit rights and other agreements relating to or made in connection with any of such leases;

(iv) all proceeds and claims arising on account of any damage to or taking of the Real Property, including, without limitation, claims under insurance policies, and all causes of action and recoveries for any loss or diminution in the value of the Property;

(v) all payment and performance bonds or guarantees relating to the Real Property;

(vi) all policies of insurance relating to the Real Property, irrespective of whether Secured Party requires Debtor to obtain or maintain such policies, all riders, amendments, renewals, supplements or extensions of such policies; the right to assert, prosecute and settle claims under such policies; the right to receive payments of proceeds of such policies; and all judgments, claims, compensation, awards, settlements and proceeds of or with respect to any of the foregoing;

67775W04v1

(vii)     all deposits made with or other security given to utility companies or governmental entities by Debtor with respect to the Real Property, and all advance payments of insurance premiums made by Debtor with respect to the Real Property;

(viii)     all shares of stock or other evidence of ownership of any part of the Real Property that is owned by Debtor in common with others, including all water stock relating to the Real Property, if any, and all documents or rights of membership in any owners' or members' association or similar group having responsibility for managing or operating any part of the Real Property;

(ix)     all present and future deposit accounts and any and all other operating accounts and reserve accounts, impound accounts, all checking accounts, time deposit accounts, interest bearing demand deposit accounts, non-interest bearing demand deposit accounts, and management deposit accounts, and all other deposit accounts, and all now existing or hereafter arising rights of Debtor to any deposit accounts associated with the construction, operation and/or sale of the Hotel or other Improvements and other facilities included in the Trust Estate, including, but not limited to, any and all deposit accounts maintained in Debtor's name at any branch or other facility of any other depository institution in the State of California or any other state (collectively, the "Hotel Bank Accounts"), all rights to any and all funds and balances therein, all interest derived therefrom, and any "Investment Property" (as defined below), contract right or general intangible in which the Hotel Bank Accounts may be invested or converted into, and any other personal property rights represented by or encompassed within Debtor's rights to the Hotel Bank Accounts;

(x)     all fees, indebtedness, and other sums now or hereafter payable to Debtor which arise from or are related to the Hotel, the other Improvements, or the Trust Estate including, but not limited to, amounts paid as rents of such property or the fees, charges, accounts, or other payments for the use or occupancy of rooms and other public facilities in the Hotel or otherwise included in the Trust Estate, including Debtor's rights to payment for the leasing, use, occupancy or rental of hotel rooms, banquet rooms, conference rooms or other space or for goods sold or leased or for services rendered, whether or not yet earned by performance, including, without limiting the generality of the foregoing, all rights to payment from any consumer credit/charge card organization or entity (including, without limitation, payments arising from use of the American Express Card, the Visa Card, the Carte Blanche Card, the Diners Club Card, the MasterCard, the Discover Card or any other credit, debit, travel and entertainment or similar card), reserves, deferred payments, refunds, cost savings, payments and deposits, no matter how evidenced and whether now or later to be received from third parties or deposited by Debtor with third parties (including all utility deposits), chattel paper, instruments, documents, notes, drafts and letters of credit (other than letters of credit in favor of Secured Party), which arise from or relate to (a) any business or operations now or later to be conducted on the Trust Estate, (b) the Real Property and the Hotel and other Improvements generally, or (c) the Hotel or any other Improvements to be built on the Land at any future date, and to all contracts and agreements which relate to any of the foregoing;

(xi)     all existing and future goods (including, without limitation, consumables and inventory), materials, supplies, chattels, appliances, furniture, furnishings, fixtures, equipment (including, without limitation, Debtor's rights as lessee under leases of appliances, furniture, furnishings, fixtures and equipment), building service equipment, building materials and machinery of every nature whatsoever (including all operations manuals relating thereto) now owned or later to be owned by Debtor and attached or to be attached or affixed to, placed in or on or used in connection with the construction, use, enjoyment, occupancy or operation of all or any part of the Trust Estate, or in any hotel, restaurant, bar, cocktail, conference or retail facilities, included in or on the Real Property, whether stored at the Real

2

6777504v1

Property or elsewhere, and including any of the foregoing as may be held in storage, or in transit or otherwise earmarked for the Real Property, or any other such facilities, including, but not limited to, all signs (whether detachable or affixed), pumping plants, irrigation systems, engines, pipes, ditches and flumes; also all gas, electric, power, cooking, heating, cooling, air conditioning, lighting, laundry, refrigeration, incinerating and plumbing fixtures and equipment; also all pumps, tanks, motors, conduits, lifting, cleaning, fire prevention, fire extinguishing, ventilating, switchboards and communications apparatuses; also all elevators, escalators and related machinery and equipment; also all shades, awnings, blinds, curtains, drapes and attached and unattached floor coverings, including rugs and carpeting; also all television, radio and music cable antennae satellite and video systems; also all screens, storm doors and windows; also all stoves, refrigerators, dishwashers and other appliances, attached cabinets, partitions, safes, ducts and compressors; also all trees, plants and other items of landscaping; also all shuttle buses, mowers and motor vehicles of any nature whatsoever; also all visual and electronic surveillance systems, locks, keys, silverware, flatware, cash registers, safes, safety deposit boxes, beds, dressers, cabinets, tables, chairs, mirrors, desks, wall coverings, clocks, lamps, televisions, radios, minibars, intercoms, blankets, linens, towels, pillow and bedspreads; also all kitchen, restaurant and other operating equipment including, but not limited to, menus, dishes, china, silverware, glassware, uniforms, aprons, cooking utensils, tables, refrigerating units, stoves, microwave equipment, ovens, timers, cocktail lounge supplies, bars and bottles; also all food and beverages, fuel, soap, shampoos and lotions, all cleaning materials, matches, stationery and other crested or similar items; also all chaise lounges, swimming pool heaters and equipment, recreational equipment and maintenance supplies; also all clubhouse equipment, furnishings and supplies, including, without limitation, sporting equipment, lockers, office supplies, telephones, facsimile machines, all other electronic communication systems, uniforms, and all equipment and hotel accoutrements of any nature whatsoever, and all security deposits relating to all of the foregoing;

(xii)    (to the extent legally assignable), all now existing and hereafter acquired interests in the general intangibles relating to the development, construction, ownership, use, occupancy or operation of the Trust Estate or any portion thereof, including, but not limited to, all governmental licenses, permits, variances, approvals, development or other agreements, transferable development rights, air rights and/or other authorizations relating to or arising from construction or rehabilitation of Improvements included in the Trust Estate and/or relating to the use or operation of the Hotel or other Improvements, or any restaurant, bar, cocktail area or lounge, conference, retail or computer and computer-related facilities included therein or used in connection therewith (including, without limitation, any and all liquor licenses);

(xiii)    all reimbursements owing from time to time to Debtor under any development or other agreements or in connection with any bond offerings or facilities or financing district; all warranties, guaranties and/or tort claims relating to the personal property of Debtor and/or the Trust Estate, including, but not limited to, the Hotel or other Improvements and their respective operation;

(xiv)    all tort claims relating to the personal property of the Debtor and/or the Trust Estate, including, but not limited to, the Hotel or other Improvements;

(xv)    Debtor's interest in all contracts, contract rights, agreements, commitments, undertakings and arrangements relating to the construction, use, operation, furnishings or management of the Hotel or other Improvements, or any business located at or on the Real Property (collectively, the "Project Agreements"), and any maintenance, repair or other service contracts relating to the Real Property, the Hotel, or other Improvements, and any modification, replacement, renewal or extension thereof); any contracts for the purchase of furniture, fixtures and equipment or building materials and any rights to cash deposits made by Debtor thereon, together with all Debtor's rights to or

3

Case: 14-30901    Doc# 1    Filed: 06/12/14    Entered: 06/12/14 17:13:30    Page 29 of 86

under any surety bonds, letters of credit or other security provided to or on behalf of Debtor as security for performance of such contracts;

(xvi)   all 1-800, other toll-free numbers, and other telephone numbers, all telephone toll tracking systems and software, as well as related intangible assets; all reservation systems; all rights to any tax refund claims of any type or nature; and all service marks and trade names used in connection with the Real Property, the Hotel and/or the Improvements, including, but not limited to, the name of the Hotel or any variation thereof (to the extent owned by Debtor) and all rights of Debtor to use any of these items under any agreements with third parties;

(xvii)   all existing and hereafter acquired proceeds, including all past, present and future claims to and demands for them, of the voluntary or involuntary conversion of any of the Trust Estate, Hotel or other Improvements, or the other property described above into cash or other property or liquidated claims, or any sale, transfer or other disposition of the Real Property, including proceeds of all present and future fire hazard or casualty insurance policies (including all earthquake policies), and all condemnation awards or payments now or later to be made by any public body or decree by any court of competent jurisdiction for any taking or in connection with any condemnation or eminent domain proceeding, and all causes of action and their proceeds for any damage or injury to the Trust Estate, Hotel or other Improvements, or the other property described above or any part of them, or breach of warranty in connection with the construction of the Hotel or other Improvements, or arising out of any transaction financed by funds loaned to Debtor as part of the Loan, including causes of action arising in tort, contract, fraud or concealment of a material fact;

(xviii)   all architectural, engineering, landscaping, interior design or other plans, specifications and drawings pertaining to the Hotel or other Improvements, whether now or hereafter created, including, without limitation, mechanical, structural and electrical plans; and all reports relating to all appraisals, reports and studies relating to engineering, soils, asbestos, hazardous materials or substances and other matters affecting, associated with or relating to the Trust Estate, including, but not limited to, the Hotel or other Improvements;

(xix)   all of Debtor's existing and hereafter acquired rights, title and interests in computers, personal computers; and any hardware or software or ancillary devices including, but not limited to, printers, modems, storage devices, CD-ROMs, multimedia devices, file servers, scanners and other hardware and software or related services of any nature used in connection with the Trust Estate or the operation of any business conducted thereon;

(xx)   any and all of Debtor's existing and hereafter acquired rights to "chattel paper," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Chattel Paper");

(xxi)   any and all of Debtor's existing and hereafter acquired rights to "general intangibles" as such term is defined in Section 9102 of the California Commercial Code, now owned or hereafter acquired or arising with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "General Intangibles");

4

6777504v1

(xxii) any and all of Debtor's existing and hereafter acquired rights to "documents," as such term is defined in Section 9102 of the California Commercial Code, or any rights therein now owned or hereafter acquired by the Debtor with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Documents");

(xxiii) any and all of Debtor's existing and hereafter acquired rights to "instruments," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor, other than instruments that constitute or are a part of a group of writings that constitute Chattel Paper, with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Instruments");

(xxiv) any and all of Debtor's existing and hereafter acquired rights "accounts," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor, including all present and future rights of the Debtor to payment for goods sold or leased or for services rendered by any person with respect to the ownership, use, or operation of the Trust Estate or any portion thereof, including, without limitation, all receivables of whatever nature whatsoever, which are not evidenced by Chattel Paper, Documents or Instruments and whether or not they have been earned by performance (hereinafter "Accounts");

(xxv) any and all of Debtor's existing and hereafter acquired rights inventory and goods, including, without limitation, goods in transit, wheresoever located, or any interest therein now owned or hereafter acquired by the Debtor, which are held for sale or lease, furnished under any contract of service or held as raw materials, work in process or supplies, and all materials used or consumed in the Debtor's business, including, without limitation, all food and beverage inventory, in each instance with respect to the ownership, use, or operation of the Trust Estate or any portion thereof, including, but not limited to, "inventory" as defined in Section 9102 of the California Commercial Code (hereinafter "Inventory");

(xxvi) any and all of Debtor's existing and hereafter acquired rights to trademarks, trade names, corporate names, "flag" names, business names, fictitious business names, trade styles, service marks, logos and other source or business identifiers, and all goodwill associated therewith, or any interest therein now existing or hereafter adopted or acquired by Debtor, all registrations and recordings thereof, and all applications in connection therewith whether pending or processed, in the United States Patent and Trademark Office or in any similar office or agency of the United States, or of any state or any other country or any political subdivision of a state, with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Trademarks");

(xxvii) any and all Debtor's existing and hereafter acquired rights or agreements, or any interest therein now owned or hereafter acquired by the Debtor, written or oral, providing for the grant by or to Debtor of any right to use any Trademark with respect to the ownership, use or operation of the Trust Estate or any portion thereof (hereinafter "Trademark Licenses");

(xxviii) any and all cars, limousines, vans, trucks, trailers, motorized carts, and other vehicles covered by a certificate of title issued under the law of any state and all tires and other appurtenances to any of the foregoing now owned or hereafter acquired by the Debtor with respect to the ownership, use or operation of the Trust Estate or any portion thereof (hereinafter "Vehicles");

(xxix) any and all of Debtor's existing and hereafter acquired rights to "letter-of-credit rights," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Letter-Of-Credit Rights");

5

6777504v1

Case: 14-30901   Doc# 1   Filed: 06/12/14   Entered: 06/12/14 17:13:30   Page 31 of 86

(xxx) any and all of Debtor's existing and hereafter acquired rights to "supporting obligations," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Supporting Obligations");

(xxxi) any and all of Debtor's existing and hereafter acquired rights to "commercial tort claims," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor with respect to the construction, ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Commercial Tort Claims");

(xxxii) any and all of Debtor's existing and hereafter acquired rights to "investment property," as such term is defined in Section 9102 of the California Commercial Code which includes (a) a security, whether certificated or uncertificated, (b) a security entitlement, (c) a securities account, (d) a commodity contract (which means a commodity futures contract, an option on a commodity futures contract, a commodity option, or other contract that in each case is traded on a foreign or domestic exchange), and (e) a commodity account (which means an account maintained by a commodity futures commission merchant or by a person who provides clearance or settlement services for a commodities exchange, in which a commodity contract is carried for a commodity customer) which is related to or arises out of, the construction, ownership, operation or disposition of the Trust Estate (collectively, hereinafter "Investment Property");

(xxxiii) any and all of Debtor's existing and hereafter acquired rights to "deposit accounts," as such term is defined in Section 9102 of the California Commercial Code, or any interest therein now owned or hereafter acquired by the Debtor with respect to the ownership, use, or operation of the Trust Estate or any portion thereof (hereinafter "Deposit Accounts");

(xxxiv) all of Debtor's existing and hereafter acquired rights, title and interests in all books and records, whether or not in electronic form, pertaining to any and all of the property described above; and

(xxxv) all Debtor's existing and hereafter acquired rights to proceeds of, additions, accessions, accessories, attachments and accretions to, substitutions, spare parts and replacements for, and changes in any of the property or interests in property described above, and including all cash and non-cash proceeds and products of any or all of the foregoing property described above, including without limitation, all monies, instruments, chattel paper, deposit accounts, general intangibles, termination payments, insurance proceeds and other tangible or intangible property received upon a sale, lease or other disposition of any of the foregoing.

All of the property assigned or transferred or intended to be assigned or transferred by Debtor to Secured Party pursuant to this Schedule 1 shall hereinafter collectively be referred to as the "Personal Property."

The Trust Estate and the Personal Property are hereinafter together sometimes referred to as the "Project."

As used herein, the term "Hotel" shall mean a 120 to 140-room Hyatt Place-branded hotel and associated vehicular parking spaces and related improvements located in the City of Riverside, County of Riverside, State of California, on the property more particularly described in Exhibit A attached hereto (the "Land") and by this reference incorporated herein.

6

6777504v1

As used herein, the term "Real Property" shall mean all of Debtor's present and future estate, right, title and interest in and to: (a) the Land; and (b)    any and all buildings (including, but not limited to, the Hotel constructed or to be constructed on the Land), landscaping and other improvements now or hereafter erected on the Land, including, without limitation, fixtures, tenements, attachments, appliances, equipment, building systems, machinery, and other articles now or hereafter attached to said buildings and improvements and all amenities constructed on the Land (collectively, the "Improvements"), all of which shall be deemed and construed to be a part of the real property.

As used herein, the term "Trust Estate" shall mean all of Debtor's present and future estate, right, title and interest in and to: (a) the Real Property, (b) all interests, estates and other claims, both in law and in equity, which Debtor now has or which Trustor may hereafter acquire in any real property or improvements that are not part of the Real Property but which become appurtenant to the Real Property; (c) all easements, tenements, hereditaments, appurtenances, rights-of-way and rights used or useful in connection with the Real Property or hereafter acquired by Trustor as a means of access thereto, including, without limiting the generality of the foregoing, rights to the nonexclusive use of common drive entries and all alleys, passages, and ways, parking easements, all oil and gas and other hydrocarbons and all other minerals and water and water rights and shares of stock evidencing the same (and all ditches and ditch rights, reservoir and reservoir rights, and irrigation companies, to the extent of Trustor's interest therein); (d) all right, title and interest, now or hereafter acquired, in and to any license, easement or lease agreement for parking or other privileges on, in or under any real property or improvements that are used in connection with the Real Property or the Improvements and not included in or located on, the Land; (e) all right, title and interest of Trustor, now owned or hereafter acquired, in and to any land lying within the right-of-way of any street, open or proposed, adjoining the Real Property, all water rights and shares of stock evidencing such rights, all oil and gas and other mineral rights, and any and all sidewalks, alleys and strips and gores of land adjacent to or used in connection with the Real Property or any part thereof; (f) all the estate, interest, right, title, other claims or demands, both in law and in equity, including claims or demands with respect to the proceeds of insurance in effect with respect to the Real Property or any part thereof, which Trustor now has or may hereafter acquire in the Real Property, and any and all awards made for the taking by eminent domain, or by any proceeding of purchase in lieu thereof, of the whole or any part of the Trust Estate (as hereinafter defined), including, without limitation, any awards resulting from a change of grade of streets and awards for severance damages; and (g) all rents, issues, profits, royalties, income, rights to payment and other benefits, tax certification awards, impound accounts, hotel guest fees and rents, banquet fees and rents, conference or other room rents, fees for the use of any amenities or parking, and proceeds and other benefits thereof, which relate to or arise from the Real Property or arising from the use, occupation or enjoyment of all or any portion thereof and deriving from any lease, sublease, license, franchise or concession now or hereafter affecting the Real Property or any part thereof whether now accrued or hereafter accruing (collectively, the "Rents") derived from any lease, sublease, license, franchise or concession or other agreement (collectively, the "Leases") affecting the Land or the Improvements or their use or occupancy, all of Trustor's interest in the Leases, all guaranties of any obligation of any lessee or other party to any Lease (a "Lessee") and the right of Trustor to alter, amend, modify or terminate the Leases or any of their terms, including all right, title and interest of Trustor in and to all additional rents, room rates, revenues, income, issues and profits (including all operating revenues, gross receipts, credits, royalties, rights to refunds, accounts, accounts receivable and all other rights to receive payment of monies or benefits of any kind relating to or derived from the operation of any hotel on the Land, and any income-producing activity directly related to such hotel, including, without limitation, revenues from guest rooms and suites, banquet rooms, meeting rooms, restaurants, bars, mini-bars, recreational facilities, vending machine sales, cocktail lounges, spas, gaming facilities, retail space, hotel club facilities, parking facilities and any other hotel operations, to the extent that such revenues do not constitute rents, issues, profits, royalties, income, rights to payment and other benefits from the Land and/or Improvements under applicable law); reserving to Trustor only the right,

7

6777504v3

prior to any Event of Default by Trustor hereunder, to collect, receive and retain the Rents as they become due and payable, but not otherwise.

     As used herein, any reference to Debtor's or Debtor's rights or interests in a particular item of property or interest in property, real or personal or mixed, shall be deemed to include any such rights or interests obtained by an agent of Debtor or Debtor, on behalf of Debtor.

8

6777504v1

# EXHIBIT 2 to
# Schedule B

| Number | Item Number | Item Description | Supplier | Quantity | Attic Stock | PO Qty | UOM | Unit Cost | Value | PO Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 3121 | C-614 | Wall Sconce @ Corridor | Chapman Hospitality Lighting Inc | 112 | 0 | 112 | ea | $89.00 | $9,968.00 | 3 |
| 3121 | F-G-611 | Wall Sconce at King Bed | Chapman Hospitality Lighting Inc | 164 | 0 | 164 | ea | $79.30 | $13,005.20 | 3 |
| 3121 | F-G-612 | Wall Sconce at Queen Bed | Chapman Hospitality Lighting Inc | 43 | 0 | 43 | ea | $140.32 | $6,033.76 | 3 |
| 3121 | F-G-613 | Wall Sconce at Sofa | Chapman Hospitality Lighting Inc | 250 | 0 | 250 | ea | $86.70 | $21,675.00 | 3 |
| 3121 | F-G-621 | Desk Lamp | Chapman Hospitality Lighting Inc | 125 | 0 | 125 | ea | $113.00 | $14,125.00 | 3 |
| 3121 | F-G-622 | Dry Bar Lamp | Chapman Hospitality Lighting Inc | 117 | 0 | 117 | ea | $95.00 | $11,115.00 | 3 |
| 3121 | F-G-641 | Dry Bar | Chapman Hospitality Lighting Inc | 8 | 0 | 8 | ea | $86.88 | $695.04 | 3 |
| 3121 | F-G-642 | Vanity Light Fixture | Chapman Hospitality Lighting Inc | 112 | 0 | 112 | ea | $104.08 | $11,656.96 | 3 |
| 3121 | F-G-643 | ADA and Studio Vanity Light Fixture | Chapman Hospitality Lighting Inc | 13 | 0 | 13 | ea | $104.08 | $1,353.04 | 3 |
| 3121 | F-G-231 | Desk Chair | Global Allies LLC | 125 | 0 | 125 | ea | $239.00 | $29,875.00 | 8 |
| 3121 | GK-273 | Stool with Vinyl Seat @ Kitchen/ Dining | Grand Rapids Chair Company | 8 | 0 | 8 | ea | $171.00 | $1,368.00 | 14 |
| 3121 | L-271 | Dining Chair with Upholstered Seat @ Kitchen/Dining | Grand Rapids Chair Company | 12 | 0 | 12 | ea | $145.45 | $1,745.40 | 14 |
| 3121 | L-272 | Dining Chair @ Transitional Seating | Grand Rapids Chair Company | 4 | 0 | 4 | ea | $142.00 | $568.00 | 14 |
| 3121 | L-273 | Counter Stool @ Sun Room | Grand Rapids Chair Company | 4 | 0 | 4 | ea | $182.00 | $728.00 | 14 |
| 3121 | L-275 | Dining Chair @ Sun Room | Grand Rapids Chair Company | 7 | 0 | 7 | ea | $142.00 | $994.00 | 14 |
| 3121 | F-G-975 | King Bed Base | Leggett & Platt Bedding Components, Div. Leggett & Platt, Inc. | 77 | 0 | 77 | ea | $54.45 | $4,192.65 | 12 |
| 3121 | F-G-975A | King ADA Bed Frame | Leggett & Platt Bedding Components, Div. Leggett & Platt, Inc. | 5 | 0 | 5 | ea | $43.90 | $219.50 | 12 |
| 3121 | F-G-977 | Queen Bed Base | Leggett & Platt Bedding Components, Div. Leggett & Platt, Inc. | 82 | 0 | 82 | ea | $50.00 | $4,100.00 | 12 |
| 3121 | F-G-977A | Queen ADA Bed Frame | Leggett & Platt Bedding Components, Div. Leggett & Platt, Inc. | 4 | 0 | 4 | ea | $41.15 | $164.60 | 12 |
| 3121 | FC-941 | Elliptical Machine @ Fitness Center | Life Fitness | 1 | 0 | 1 | ea | $4,892.00 | $4,892.00 | 13 |
| 3121 | FC-942 | Recumbent Exercise Bike @ Fitness Center | Life Fitness | 1 | 0 | 1 | ea | $3,958.00 | $3,958.00 | 13 |
| 3121 | FC-943 | Tread Mill @ Fitness Center | Life Fitness | 2 | 0 | 2 | ea | $6,200.00 | $12,400.00 | 13 |
| 3121 | FC-944 | Adjustable Bench @ Fitness Center | Life Fitness | 1 | 0 | 1 | ea | $638.00 | $638.00 | 13 |
| 3121 | FC-945 | Two Tier Dumbbell Rack and Weights @ Fitness Center | Life Fitness | 1 | 0 | 1 | ea | $1,907.00 | $1,907.00 | 13 |
| 3121 | FC-F&I | Freight & Installation | Life Fitness | 1 | 0 | 1 | lot | $1,947.23 | $1,947.23 | 13 |
| 3121 | F-G-211A | Sofa Sleeper Fabric for F-G-216 | P Kaufmann Contract | 1085 | 0 | 1085 | yd | $13.95 | $15,135.75 | 5 |
| 3121 | F-G-212A | Sofa Sleeper Fabric for F-G-215 | P Kaufmann Contract | 1103 | 0 | 1103 | yd | $13.95 | $15,386.85 | 5 |
| 3121 | F-G-221A | Ottoman Bottom Fabric | P Kaufmann Contract | 125 | 0 | 125 | yd | $13.95 | $1,743.75 | 5 |
| 3121 | F-G-721 | Mirror at Dry Bar | Regal Mirror and Art | 6 | 0 | 6 | ea | $45.00 | $270.00 | 9 |
| 3121 | F-G-722 | King Vanity Mirror | Regal Mirror and Art | 71 | 0 | 71 | ea | $59.55 | $4,228.05 | 9 |
| 3121 | F-G-723 | Queen Vanity Mirror | Regal Mirror and Art | 41 | 0 | 41 | ea | $72.55 | $2,974.55 | 9 |
| 3121 | F-G-724 | ADA Vanity Mirror | Regal Mirror and Art | 11 | 0 | 11 | ea | $40.25 | $442.75 | 9 |
| 3121 | F-G-726 | Studio Vanity Mirror | Regal Mirror and Art | 4 | 0 | 4 | ea | $52.75 | $211.00 | 9 |
| 3121 | F-G-727 | Full Length Mirror | Regal Mirror and Art | 10 | 0 | 10 | ea | $54.00 | $540.00 | 9 |
| 3121 | PR-721 | Vanity Mirror @ Men and Women's Public Restroom | Regal Mirror and Art | 2 | 0 | 2 | ea | $61.85 | $123.70 | 9 |
| 3121 | PR-722 | Vanity Mirror @ Pool Public Restroom | Regal Mirror and Art | 3 | 0 | 3 | ea | $37.50 | $112.50 | 9 |
| 3121 | REGAL-CREDIT | Credit | Regal Mirror and Art | 1 | 0 | 1 | lot | ($4,451.27) | ($4,451.27) | 9 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | L-321A | Fabric at Window Sheer @ Kitchen/ Dining and Lounge I | P Kaufmann Contract | 90 | 10 | 100 yd | $16.95 | $1,695.00 | 6 |
| 3121 | F-G-912 | Corner Guards | In Pro Corporation | 172 | 0 | 172 ea | $5.23 | $899.56 | 10 |
| 3121 | F-G-912F | Third Party Freight Service Charge | In Pro Corporation | 1 | 0 | 1 lot | $25.00 | $25.00 | 10 |
| 3121 | L-943 | Entry Mat @ Vestibule | C/S Group | 1 | 0 | 1 ea | $5,976.00 | $5,976.00 | 26 |
| 3121 | L-943B | Entry Mat @ Revolving Door | C/S Group | 1 | 0 | 1 lot | $3,800.00 | $3,800.00 | 26 |
| 3121 | L-322A | Room Divider Sheer Fabric @ Lounge I and II | Carnegie Fabrics | 7 | 1 | 8 yd | $89.00 | $712.00 | 32 |
| 3121 | C-721 | Mirror @ Elevator Lobby 1st Floor | Creative Art Solutions | 1 | 0 | 1 ea | $270.00 | $270.00 | 21 |
| 3121 | CRATING | Crating Charges | Creative Art Solutions | 1 | 0 | 1 lot | $279.00 | $279.00 | 21 |
| 3121 | L-711 | Artwork @ Lobby Outside of Kitchen/ Dining Area A | Creative Art Solutions | 1 | 0 | 1 ea | $125.00 | $125.00 | 21 |
| 3121 | L-712 | Artwork @ Lobby Outside of Kitchen/ Dining Area B | Creative Art Solutions | 1 | 0 | 1 ea | $125.00 | $125.00 | 21 |
| 3121 | L-712O | Artwork @ Sun Room | Creative Art Solutions | 1 | 0 | 1 ea | $298.00 | $298.00 | 21 |
| 3121 | L-714 | Artwork @ E Room | Creative Art Solutions | 1 | 0 | 1 ea | $298.00 | $298.00 | 21 |
| 3121 | L-717 | Artwork/ Focal Wall Display @ Great Room | Creative Art Solutions | 1 | 0 | 1 ea | $175.00 | $175.00 | 21 |
| 3121 | L-719 | Artwork @ E Room-Above Console Table | Creative Art Solutions | 1 | 0 | 1 ea | $219.00 | $219.00 | 21 |
| 3121 | L-731 | Artwork/ Focal Wall Vase @ Great Room | Creative Art Solutions | 1 | 0 | 1 ea | $145.00 | $145.00 | 21 |
| 3121 | L-731A | Artwork/ Focal Wall Vase @ Great Room | Creative Art Solutions | 1 | 0 | 1 ea | $125.00 | $125.00 | 21 |
| 3121 | L-731B | Artwork/ Focal Wall Vase @ Great Room | Creative Art Solutions | 1 | 0 | 1 ea | $115.00 | $115.00 | 21 |
| 3121 | L-732 | Artwork/ Behind Reception Desk @ Host Stand | GR8 Glass | 0 | 0 | 0 set | $230.00 | $0.00 | 41 |
| 3121 | L-261 | Lounge Chair @ Great Room | Kellex Corporation | 4 | 0 | 4 ea | $330.00 | $1,320.00 | 29 |
| 3121 | F-G-981 | 42' Television | LG Electronics USA, Inc. | 129 | 0 | 129 ea | $700.00 | $90,300.00 | 36 |
| 3121 | L-982 | 42' Television @ Lounge I and Kitchen/ Dining | LG Electronics USA, Inc. | 4 | 0 | 4 ea | $700.00 | $2,800.00 | 36 |
| 3121 | L-985 | 32' Television @ E-Room & Cafe | LG Electronics USA, Inc. | 2 | 0 | 2 ea | $439.00 | $878.00 | 36 |
| 3121 | MR-981 | 42' Television @ Meeting Room #2 | LG Electronics USA, Inc. | 2 | 0 | 2 ea | $700.00 | $1,400.00 | 36 |
| 3121 | L-638 | Accent Wall Washer @ NCR Station | Lightology | 3 | 0 | 3 ea | $30.71 | $92.13 | 34 |
| 3121 | PR-613 | Vanity Light @ Men & Women's Public Restroom | Lightology | 2 | 0 | 2 ea | $537.60 | $1,075.20 | 34 |
| 3121 | BOXES | Boxes for Lux Silks | Lux-Art Silks | 1 | 0 | 1 lot | $72.00 | $72.00 | 37 |
| 3121 | L-751 | Bamboo @ Lounge II | Lux-Art Silks | 2 | 0 | 2 | $575.00 | $1,150.00 | 37 |
| 3121 | L-X751 | Bamboo @ Lounge II | Lux-Art Silks | 6 | 0 | 6 ea | $465.00 | $2,790.00 | 37 |
| 3121 | L-291B | Stripe Fabric at Banquette @ Great Room | Maharam | 2 | 0 | 2 yd | $46.00 | $92.00 | 47 |
| 3121 | L-291C | Seat Fabric at Banquette @ Great Room | Mayer Fabrics | 8 | 0 | 8 yd | $23.95 | $191.60 | 15 |
| 3121 | BOH-321A | Window Sheer Fabric @ BOH Areas | Northeast Textiles | 17 | 10 | 27 yd | $9.95 | $268.65 | 18 |
| 3121 | CREDIT | Credit | Northeast Textiles | 1 | 0 | 1 ea | ($19.70) | ($19.70) | 20 |
| 3121 | FC-321A | Window Sheer Fabric @ Fitness Center | Northeast Textiles | 16 | 4 | 20 yd | $9.95 | $199.00 | 18 |
| 3121 | F-G-321A | Drapery Sheer Fabric | Northeast Textiles | 1160 | 40 | 1200 yd | $9.95 | $11,940.00 | 19 |
| 3121 | F-G-442A | Fabric at Sofa "B" Decorative Pillow | Northeast Textiles | 130 | 10 | 140 yd | $8.75 | $1,225.00 | 19 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | G-DQ2-001A | Fabric at Upholstered Chair @ Double Queen 2 | Northeast Textiles | 48 | 0 | 48 yd | $19.70 | $945.60 | 20 |
| 3121 | MR-321A | Window Sheer Fabric @ Meeting Room | Northeast Textiles | 72 | 8 | 80 yd | $9.95 | $796.00 | 18 |
| 3121 | F-G-981A | Desktop Swivel Mount Base | Peerless Industries, Inc. | 118 | 0 | 118 ea | $135.00 | $15,930.00 | 50 |
| 3121 | F-G-981C | Desktop Swivel Mount Base-Studio Rooms | Peerless Industries, Inc. | 11 | 0 | 11 ea | $135.00 | $1,485.00 | 50 |
| 3121 | L-984 | Pull out Wall Mount for 42" TV @ Lounge I and Dining | Peerless Industries, Inc. | 4 | 0 | 4 ea | $184.52 | $738.08 | 50 |
| 3121 | L-986 | Flat Wall Mount for 32"TV @ E Room & Cafe | Peerless Industries, Inc. | 2 | 0 | 2 ea | $31.50 | $63.00 | 50 |
| 3121 | L-989 | Rolling TV Cart @ Meeting Room | Peerless Industries, Inc. | 2 | 0 | 2 ea | $498.56 | $997.12 | 50 |
| 3121 | F-G-421A | Fabric at King Fitted Box Spring Cover | Richtom Fabrics Group | 344 | 16 | 360 yd | $8.25 | $2,970.00 | 28 |
| 3121 | F-G-421BA | Fabric at King ADA Bed Skirt | Richtom Fabrics Group | 25 | 0 | 25 yd | $8.25 | $206.25 | 28 |
| 3121 | F-G-423A | Queen Box Cover Fabric | Richtom Fabrics Group | 266 | 14 | 280 yd | $8.25 | $2,310.00 | 28 |
| 3121 | F-G-423BA | Queen ADA Bed Skirt Fabric | Richtom Fabrics Group | 16 | 2 | 18 yd | $8.25 | $148.50 | 28 |
| 3121 | F-G-431A | Decorative Pillow Fabric | Richtom Fabrics Group | 178 | 12 | 190 yd | $8.25 | $1,567.50 | 28 |
| 3121 | F-G-441A | Fabric at Sofa "A" Decorative Pillow | Richtom Fabrics Group | 130 | 10 | 140 yd | $8.25 | $1,155.00 | 28 |
| 3121 | F-G-411BA | Fabric at King Bedspread | Samelson-Chatelaine, Div. Of Charles Samelson, Inc. | 369 | 11 | 380 yd | $17.95 | $6,821.00 | 27 |
| 3121 | F-G-417BA | Queen Bedspread Fabric | Samelson-Chatelaine, Div. Of Charles Samelson, Inc. | 364 | 16 | 380 yd | $16.75 | $6,365.00 | 27 |
| 3121 | L-141 | Table @ Transitional Seating, Kitchen/ Dining, Sun Room, and Lounge II | Shelby Williams, Div. Of CF Group | 29 | 0 | 29 ea | $185.00 | $5,365.00 | 22 |
| 3121 | L-142 | 42" Round Table Top @ Lounge I | Shelby Williams, Div. Of CF Group | 3 | 0 | 3 ea | $455.00 | $1,365.00 | 22 |
| 3121 | L-151 | Table Base @ Transitional Seating, Dining, Sun Room, and Lounge II | Shelby Williams, Div. Of CF Group | 25 | 0 | 25 ea | $37.85 | $946.25 | 22 |
| 3121 | L-152 | Table Base @ Lounge I | Shelby Williams, Div. Of CF Group | 3 | 0 | 3 ea | $63.00 | $189.00 | 22 |
| 3121 | L-154 | Table Base @ Sun Room | Shelby Williams, Div. Of CF Group | 4 | 0 | 4 ea | $58.70 | $234.80 | 22 |
| 3121 | L-274 | Upholstered Stool @ Cafe | Shelby Williams, Div. Of CF Group | 4 | 0 | 4 ea | $364.00 | $1,456.00 | 22 |
| 3121 | MR-141 | Rectangular Table @ Meeting Room | Staples | 15 | 0 | 15 ea | $414.31 | $6,214.65 | 48 |
| 3121 | P-293A-1 | Dining Chair @ Indoor/ Outdoor Pool Area, Outdoor Terrace, and Veranda | Triopton Furniture Co. | 16 | 0 | 16 ea | $194.64 | $3,114.24 | 43 |
| 3121 | P-293A-2 | Chaise Lounge @ Indoor/ Outdoor Pool Area, Outdoor Terrace, and Veranda | Triopton Furniture Co. | 6 | 0 | 6 ea | $380.54 | $2,283.24 | 43 |
| 3121 | P-293A-3 | Occasional Table @ Indoor/ Outdoor Pool Area, Outdoor Terrace, and Veranda | Triopton Furniture Co. | 4 | 0 | 4 ea | $99.87 | $399.48 | 43 |
| 3121 | P-293A-4 | 42" Round Dining Table | Triopton Furniture Co. | 5 | 0 | 5 ea | $392.93 | $1,964.65 | 43 |
| 3121 | P-293A-5 | Umbrella @ Indoor/ Outdoor Pool Area, Outdoor Terrace, and Veranda | Triopton Furniture Co. | 5 | 0 | 5 ea | $319.30 | $1,596.50 | 43 |
| 3121 | P-293A-6 | Umbrella Base @ Indoor/ Outdoor Pool Area, Outdoor Terrace, and Veranda | Triopton Furniture Co. | 5 | 0 | 5 ea | $131.22 | $656.10 | 43 |
| 3121 | L-147 | 18" Square Occasional Table @ Great Room | Valore Furniture | 6 | 0 | 6 ea | $176.00 | $1,056.00 | 23 |
| 3121 | L-221 | Upholstered Ottoman @ Great Room | Valore Furniture | 3 | 0 | 3 ea | $263.00 | $789.00 | 23 |
| 3121 | L-292B | Seat vinyl at Counter Height Banquette @ Sun Room | Mayer Fabrics | 8 | 0 | 8 yd | $16.45 | $131.60 | 16 |

| | | | | Vendor | Unit Price | Ext. Price | Qty | | Qty | # |
|---|---|---|---|---|---|---|---|---|---|---|
| 3121 | L-212 | 60" Upholstered Sofa @ Great Room | | Desks Inc. | $549.00 | $549.00 | 1 ea | 0 | 1 | 24 |
| 3121 | L-214 | Upholstered Sofa @ Lounge II | | Desks Inc. | $592.00 | $592.00 | 1 ea | 0 | 1 | 24 |
| 3121 | L-216 | Upholstered Sofa @ Transitional Seating | | Desks Inc. | $1,184.00 | $1,184.00 | 1 ea | 0 | 1 | 24 |
| 3121 | L-263 | Upholstered Chair with wood arms @ Lounge I | | Desks Inc. | $434.00 | $5,208.00 | 12 ea | 0 | 12 | 24 |
| 3121 | L-264 | Upholstered Chair @ Lounge II | | Desks Inc. | $406.00 | $1,624.00 | 4 ea | 0 | 4 | 24 |
| 3121 | L-212A | Fabric at Sofa @ Great Room | | Sina Pearson Textiles | $44.00 | $440.00 | 10 yd | 0 | 10 | 25 |
| 3121 | L-214A | Back Sofa Fabric @ Lounge II | | Knoll, Inc. | $34.00 | $272.00 | 8 yd | 0 | 8 | 30 |
| 3121 | L-216A | Back Fabric at Sofa @ Transitional Seating | | Knoll, Inc. | $34.00 | $510.00 | 15 yd | 0 | 15 | 30 |
| 3121 | L-292A | Back Fabric at Counter Height Banquette @ Sun Room | | Knoll, Inc. | $44.00 | $352.00 | 8 yd | 0 | 8 | 31 |
| 3121 | L-612 | Recessed Lighting at Banquette @ Lobby | | Energie | $317.00 | $951.00 | 3 ea | 0 | 3 | 33 |
| 3121 | L-291A | Fabric at Back on Banquette @ Great Room | | Luna Textiles | $58.50 | $351.00 | 6 yd | 0 | 6 | 35 |
| 3121 | L-291 | Banquette @ Great Room | | Contract Industries Inc. | $2,544.00 | $2,544.00 | 1 ea | 0 | 1 | 38 |
| 3121 | L-221A | Fabric at Ottoman @ Great Room | | Designtex, A Steelcase Company | $33.54 | $268.32 | 8 yd | 0 | 8 | 39 |
| 3121 | L-990 | Hand Trucks @ Meeting Room | | Daniel Paul Chairs | $270.00 | $270.00 | 1 ea | 0 | 1 | 40 |
| 3121 | MR-271 | Stack Chairs @ Meeting Room | | Daniel Paul Chairs | $68.50 | $10,275.00 | 150 ea | 0 | 150 | 40 |
| 3121 | PR-615 | Vanity Light @ Pool Public Restroom and BOH Areas; Employee Restroom | | Toron Lighting | $115.00 | $345.00 | 3 ea | 0 | 3 | 44 |
| 3121 | L-232 | Armless Desk Chair @ E Room | | SitOnIt Seating | $236.00 | $236.00 | 1 ea | 0 | 1 | 45 |
| 3121 | L-233 | Armless Chair @ E. Room | | SitOnIt Seating | $236.00 | $472.00 | 2 ea | 0 | 2 | 45 |
| 3121 | L-263A | Fabric at Chair with arms @ Lounge I | | Maharam | $46.00 | $1,380.00 | 30 yd | 0 | 30 | 46 |
| 3121 | L-264A | Fabric at chair without arms @ Lounge II | | Maharam | $46.00 | $460.00 | 10 yd | 0 | 10 | 46 |
| 3121 | L-274A | Fabric at Outside Back of Stool @ Café | | Momentum Group | $49.00 | $98.00 | 2 yd | 0 | 2 | 49 |
| 3121 | C-631 | Single Tiered Pendant @ Elevator Lobby- All Floors | | Challenger Lighting | $458.45 | $2,292.25 | 5 ea | 0 | 5 | 2 |
| 3121 | L-611 | Wall Sconce w/ Shade @ Pre-Function Areas | | Challenger Lighting | $67.25 | $336.25 | 5 ea | 0 | 5 | 2 |
| 3121 | L-632 | Two Tiered Pendant @ Lounge II | | Challenger Lighting | $984.20 | $984.20 | 1 ea | 0 | 1 | 2 |
| 3121 | L-633 | 2 Light Pendant @ Kitchen/ Dining | | Challenger Lighting | $332.60 | $332.60 | 1 ea | 0 | 1 | 2 |
| 3121 | L-635 | Single Tiered Pendant @ Lounge I | | Challenger Lighting | $762.95 | $762.95 | 1 ea | 0 | 1 | 2 |
| 3121 | L-636 | Single Tiered Pendant @ Sun Room | | Challenger Lighting | $443.45 | $1,330.35 | 3 ea | 0 | 3 | 2 |
| 3121 | L-637 | Pendant @ E-Room | | Challenger Lighting | $207.35 | $622.05 | 3 ea | 0 | 3 | 2 |
| 3121 | MR-611 | Wall Sconce @ Meeting Rooms | | Challenger Lighting | $147.75 | $591.00 | 4 ea | 0 | 4 | 2 |
| 3121 | F-G-215 | Sofa Sleeper | | Grand Manor Furniture Inc. | $809.00 | $50,967.00 | 63 ea | 0 | 63 | 4 |
| 3121 | F-G-216 | Sofa Sleeper | | Grand Manor Furniture Inc. | $809.00 | $50,158.00 | 62 ea | 0 | 62 | 4 |
| 3121 | F-G-221 | Ottoman | | Grand Manor Furniture Inc. | $146.50 | $18,312.50 | 125 ea | 0 | 125 | 4 |
| 3121 | L-292 | Free Standing Counter Height Banquette @ Sun Room | | Grand Manor Furniture Inc. | $894.00 | $1,788.00 | 2 ea | 0 | 2 | 4 |
| 3121 | C-141 | Console Table @ Elevator Lobby | | Kimball Hospitality, Inc. | $225.00 | $225.00 | 1 ea | 0 | 1 | 1 |
| 3121 | F-G-114 | Side Table | | Kimball Hospitality, Inc. | $123.00 | $13,899.00 | 113 ea | 0 | 113 | 1 |
| 3121 | F-G-114C | C-Table | | Kimball Hospitality, Inc. | $189.00 | $2,268.00 | 12 ea | 0 | 12 | 1 |
| 3121 | F-G-117AL | 50" Left Desk | | Kimball Hospitality, Inc. | $190.00 | $760.00 | 4 ea | 0 | 4 | 1 |
| 3121 | F-G-117BL | 44" Left Desk | | Kimball Hospitality, Inc. | $193.00 | $772.00 | 4 ea | 0 | 4 | 1 |

| 3121 | F-G-117BR | 44" Right Desk | Kimball Hospitality, Inc. | 4 | 0 | 4 | ea | $193.00 | $772.00 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 3121 | F-G-117L | 57" Left Desk | Kimball Hospitality, Inc. | 58 | 0 | 58 | ea | $199.00 | $11,542.00 | 1 |
| 3121 | F-G-117R | 57" Right Desk | Kimball Hospitality, Inc. | 55 | 0 | 55 | ea | $199.00 | $10,945.00 | 1 |
| 3121 | F-G-118AL | 54" Left Dry Bar | Kimball Hospitality, Inc. | 2 | 0 | 2 | ea | $340.00 | $680.00 | 1 |
| 3121 | F-G-118L | 42" Left Dry Bar | Kimball Hospitality, Inc. | 62 | 0 | 62 | ea | $220.00 | $13,640.00 | 1 |
| 3121 | F-G-118R | 42" Right Dry Bar | Kimball Hospitality, Inc. | 61 | 0 | 61 | ea | $220.00 | $13,420.00 | 1 |
| 3121 | F-G-119L | Left TV Cabinet (Regular and ADA) | Kimball Hospitality, Inc. | 60 | 0 | 60 | ea | $179.00 | $10,740.00 | 1 |
| 3121 | F-G-119R | Right TV Cabinet (Regular and ADA) | Kimball Hospitality, Inc. | 58 | 0 | 58 | ea | $179.00 | $10,382.00 | 1 |
| 3121 | F-G-120L | Left Studio TV Cabinet | Kimball Hospitality, Inc. | 7 | 0 | 7 | ea | $275.00 | $1,925.00 | 1 |
| 3121 | F-G-120R | Right Studio TV Cabinet | Kimball Hospitality, Inc. | 4 | 0 | 4 | ea | $275.00 | $1,100.00 | 1 |
| 3121 | F-G-121 | King Headboard | Kimball Hospitality, Inc. | 82 | 0 | 82 | ea | $136.00 | $11,152.00 | 1 |
| 3121 | F-G-123 | Left Nightstand/ Wall Panel-King | Kimball Hospitality, Inc. | 82 | 0 | 82 | ea | $75.00 | $6,150.00 | 1 |
| 3121 | F-G-124 | Right Nightstand/ Wall Panel-King | Kimball Hospitality, Inc. | 82 | 0 | 82 | ea | $75.00 | $6,150.00 | 1 |
| 3121 | F-G-125 | Queen Nightstand/ Wall Panel | Kimball Hospitality, Inc. | 43 | 0 | 43 | ea | $75.00 | $3,225.00 | 1 |
| 3121 | F-G-126 | Queen Headboard | Kimball Hospitality, Inc. | 86 | 0 | 86 | ea | $126.00 | $10,836.00 | 1 |
| 3121 | F-G-128 | 36' Art Rail | Kimball Hospitality, Inc. | 9 | 0 | 9 | ea | $19.00 | $171.00 | 1 |
| 3121 | F-G-128A | 66" Art Rail | Kimball Hospitality, Inc. | 59 | 0 | 59 | ea | $28.00 | $1,652.00 | 1 |
| 3121 | F-G-128B | 84" Art Rail | Kimball Hospitality, Inc. | 35 | 0 | 35 | ea | $33.00 | $1,155.00 | 1 |
| 3121 | F-G-132 | Vanity | Kimball Hospitality, Inc. | 118 | 0 | 118 | ea | $122.00 | $14,396.00 | 1 |
| 3121 | F-G-132B | Studio Vanity Cubby | Kimball Hospitality, Inc. | 6 | 0 | 6 | ea | $116.90 | $701.40 | 1 |
| 3121 | F-G-132C | ADA Vanity with side Panel | Kimball Hospitality, Inc. | 7 | 0 | 7 | ea | $130.00 | $910.00 | 1 |
| 3121 | F-G-133 | King Dresser | Kimball Hospitality, Inc. | 71 | 0 | 71 | ea | $236.00 | $16,756.00 | 1 |
| 3121 | F-G-133A | King Dresser | Kimball Hospitality, Inc. | 11 | 0 | 11 | ea | $242.00 | $2,662.00 | 1 |
| 3121 | F-G-134 | Queen Dresser | Kimball Hospitality, Inc. | 41 | 0 | 41 | ea | $248.00 | $10,168.00 | 1 |
| 3121 | F-G-139A | Double Decorative Wall Panel | Kimball Hospitality, Inc. | 113 | 0 | 113 | ea | $698.00 | $78,874.00 | 1 |
| 3121 | F-G-139B | Decorative Wall Panel @ Studio Rooms without Soffit ONLY | Kimball Hospitality, Inc. | 7 | 0 | 7 | ea | $309.00 | $2,163.00 | 1 |
| 3121 | F-G-139C | Decorative Wall Panel @ Studio Rooms with Soffit ONLY | Kimball Hospitality, Inc. | 5 | 0 | 5 | ea | $298.00 | $1,490.00 | 1 |
| 3121 | F-G-728 | Dry Bar Mirror | Kimball Hospitality, Inc. | 117 | 0 | 117 | ea | $60.00 | $7,020.00 | 1 |
| 3121 | G-DO2-001 | Upholstered Chair @ Double Queen 2 | Kimball Hospitality, Inc. | 8 | 0 | 8 | ea | $263.00 | $2,104.00 | 1 |
| 3121 | GK-141 | Table @ Kitchen/ Dining | Kimball Hospitality, Inc. | 1 | 0 | 1 | ea | $272.00 | $272.00 | 1 |
| 3121 | L-145 | Console Table @ Great Room | Kimball Hospitality, Inc. | 1 | 0 | 1 | ea | $442.00 | $442.00 | 1 |
| 3121 | L-146 | Block Table @ Great Room | Kimball Hospitality, Inc. | 3 | 0 | 3 | ea | $178.00 | $534.00 | 1 |
| 3121 | L-149 | Console Table @ E Room | Kimball Hospitality, Inc. | 1 | 0 | 1 | ea | $248.00 | $248.00 | 1 |
| 3121 | BOH-311 | Drapery @ BOH Areas: Employee Areas and Any Room that has a Window (Maintenance Room, Electrical Room, etc.) | Micell Drapery Company Inc. | 1 | 0 | 1 | lot | $84.46 | $84.46 | 17 |
| 3121 | BOH-321 | Drapery @ BOH Areas: Employee Areas | Micell Drapery Company Inc. | 1 | 0 | 1 | lot | $89.00 | $89.00 | 17 |
| 3121 | FC-321 | Drapery @ Fitness Center | Micell Drapery Company Inc. | 1 | 0 | 1 | lot | $145.25 | $145.25 | 17 |
| 3121 | F-G-311 | Blackout Drapery | Micell Drapery Company Inc. | 145 | 0 | 145 | ea | $124.76 | $18,090.20 | 17 |
| 3121 | F-G-321 | Sheer Drapery | Micell Drapery Company Inc. | 145 | 0 | 145 | ea | $93.00 | $13,485.00 | 17 |
| 3121 | F-G-411B | King Bedspread | Micell Drapery Company Inc. | 86 | 6 | 92 | ea | $25.00 | $2,300.00 | 17 |
| 3121 | F-G-411FB | Queen Bedspread | Micell Drapery Company Inc. | 86 | 6 | 92 | ea | $24.00 | $2,208.00 | 17 |
| 3121 | F-G-421 | King Fitted Box Spring Cover | Micell Drapery Company Inc. | 81 | 4 | 85 | ea | $29.00 | $2,465.00 | 17 |

| | Item | Description | Vendor | Qty | | Qty/Unit | Unit Price | Total | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | F-G-421B | King ADA Unlined Bed Skirt | Miceli Drapery Company Inc. | 5 | 0 | 5 ea | $29.00 | $145.00 | 17 |
| 3121 | F-G-423 | Queen Fitted Box Spring Cover | Miceli Drapery Company Inc. | 82 | 4 | 86 ea | $26.00 | $2,236.00 | 17 |
| 3121 | F-G-423B | Queen ADA Bed Skirt | Miceli Drapery Company Inc. | 4 | 0 | 4 ea | $27.00 | $108.00 | 17 |
| 3121 | F-G-431 | Decorative Pillow | Miceli Drapery Company Inc. | 168 | 6 | 174 ea | $27.00 | $4,698.00 | 17 |
| 3121 | F-G-441 | Sofa "A" Decorative Pillow | Miceli Drapery Company Inc. | 125 | 6 | 131 ea | $27.00 | $3,537.00 | 17 |
| 3121 | F-G-442 | Sofa "B" Decorative Pillow | Miceli Drapery Company Inc. | 125 | 6 | 131 ea | $24.00 | $3,144.00 | 17 |
| 3121 | L-311 | Drapery @ Kitchen/ Dining and Lounge I | Miceli Drapery Company Inc. | 5 | 0 | 5 ea | $206.51 | $1,032.55 | 17 |
| 3121 | L-321 | Drapery @ Kitchen/ Dining and Lounge I | Miceli Drapery Company Inc. | 5 | 0 | 5 ea | $161.00 | $805.00 | 17 |
| 3121 | L-322 | Drapery @ Lounge I and II | Miceli Drapery Company Inc. | 1 | 0 | 1 lot | $267.00 | $267.00 | 17 |
| 3121 | MR-311 | Drapery @ Meeting Room | Miceli Drapery Company Inc. | 4 | 0 | 4 ea | $241.78 | $967.12 | 17 |
| 3121 | MR-321 | Drapery @ Meeting Room | Miceli Drapery Company Inc. | 4 | 0 | 4 ea | $151.50 | $606.00 | 17 |
| 3121 | MR-321P | Packing, Handling, & Cartoning Charges | Miceli Drapery Company Inc. | 1 | 0 | 1 lot | $250.00 | $250.00 | 17 |
| 3121 | FC-711 | Artwork @ Fitness Center | Soho Myriad, Inc. | 1 | 0 | 1 ea | $267.54 | $267.54 | 7 |
| 3121 | F-G-713 | Artwork Above Sofa | Soho Myriad, Inc. | 125 | 0 | 125 ea | $40.73 | $5,091.25 | 7 |
| 3121 | F-G-715 | Artwork at Desk/ Dry Bar-A (Left) | Soho Myriad, Inc. | 102 | 0 | 102 ea | $26.17 | $2,669.34 | 7 |
| 3121 | F-G-716 | Artwork at Desk/ Dry Bar-B (Right) | Soho Myriad, Inc. | 103 | 0 | 103 ea | $26.17 | $2,695.51 | 7 |
| 3121 | F-GB-714 | Artwork at Guestroom Bath | Soho Myriad, Inc. | 125 | 0 | 125 ea | $23.56 | $2,945.00 | 7 |
| 3121 | PR-711 | Artwork @ Men's Public Restroom | Soho Myriad, Inc. | 1 | 0 | 1 ea | $234.13 | $234.13 | 7 |
| 3121 | PR-712 | Artwork @ Women's Public Restroom | Soho Myriad, Inc. | 1 | 0 | 1 ea | $234.13 | $234.13 | 7 |
| 3121 | F-G-931 | Granite at Vanity and ADA Vanity | daltile | 125 | 0 | 125 ea | $92.25 | $11,531.25 | 52 |
| 3121 | F-G-932 | Granite at King Dresser | daltile | 71 | 0 | 71 ea | $55.16 | $3,916.36 | 52 |
| 3121 | F-G-933 | Granite at Queen Dresser | daltile | 41 | 0 | 41 ea | $68.58 | $2,811.78 | 52 |
| 3121 | F-G-93B | Granite at Studio Vanity Cubby | daltile | 6 | 0 | 6 ea | $22.36 | $134.16 | 52 |
| 3121 | SUR-CHG | Energy Surcharge | daltile | 1 | 0 | 1 lot | $551.81 | $551.81 | 52 |
| 3121 | F-G-971 | Mattress & Box Spring | Sealy, Inc. | 77 | 0 | 77 ea | $554.00 | $42,658.00 | 53 |
| 3121 | F-G-971A | King ADA Mattress & Box Spring | Sealy, Inc. | 5 | 0 | 5 ea | $554.00 | $2,770.00 | 53 |
| 3121 | F-G-973 | Queen Mattress & Box Spring | Sealy, Inc. | 82 | 0 | 82 ea | $455.00 | $37,310.00 | 53 |
| 3121 | F-G-973A | Queen ADA Mattress & Box Spring | Sealy, Inc. | 4 | 0 | 4 ea | $455.00 | $1,820.00 | 53 |
| 3121 | L-331 | Roller Shades @ Sun Room | Miceli Drapery Company Inc. | 4 | 0 | 4 ea | $402.45 | $1,609.80 | 54 |
| 3121 | L-332 | Roller Shades @ Lobby | Miceli Drapery Company Inc. | 4 | 0 | 4 ea | $1,151.25 | $4,605.00 | 54 |
| 3121 | L-311A | Drape Fabric @ Kitchen/ Dining and Lounge I | Fabricut Contract | 175 | 15 | 190 yd | $14.65 | $2,783.50 | 55 |
| 3121 | L-214A-T | STAIN TREATMENT L-214A | Schneider Textile Finishing | 8 | 0 | 8 yd | $1.50 | $12.00 | 60 |
| 3121 | L-216A-T | STAIN TREATMENT L-216A | Schneider Textile Finishing | 15 | 0 | 15 yd | $1.50 | $22.50 | 60 |
| 3121 | L-291A-T | STAIN TREATMENT L-291A | Schneider Textile Finishing | 6 | 0 | 6 yd | $1.50 | $9.00 | 65 |
| 3121 | L-291C-T | STAIN TREATMENT L-291C | Schneider Textile Finishing | 8 | 0 | 8 yd | $1.50 | $12.00 | 65 |
| 3121 | F-G-941 | Refrigerator | American Hotel Register Company | 125 | 0 | 125 ea | $173.54 | $21,692.50 | 11 |
| 3121 | F-G-942 | Closet Rack | American Hotel Register Company | 9 | 0 | 9 ea | $32.99 | $296.91 | 11 |
| 3121 | F-G-942A | Closet Rack-CUSTOM | American Hotel Register Company | 12 | 0 | 12 ea | $32.49 | $389.88 | 11 |
| 3121 | F-G-942B | Closet Rack-24" | American Hotel Register Company | 115 | 0 | 115 ea | $28.99 | $3,333.85 | 11 |
| 3121 | MR-143 | Round Folding Table @ Meeting Room | American Hotel Register Company | 12 | 0 | 12 ea | $239.20 | $2,870.40 | 11 |
| 3121 | L-751P | Potsdam Planter Box | Planter Et Cetera | 3 | 0 | 3 ea | $317.60 | $952.80 | 66 |
| 3121 | F-G-221B | Ottoman Top Fabric | Mayer Fabrics | 157 | 0 | 157 yd | $23.45 | $3,681.65 | 67 |
| 3121 | F-G-231A | Fabric at Desk Chair | Mayer Fabrics | 285 | 0 | 285 yd | $23.45 | $6,683.25 | 68 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | L-214B | Seat Fabric at Sofa @ Lounge II | Mayer Fabrics | 4 | 0 | 4 yd | $16.45 | $65.80 | 69 |
| 3121 | L-216B | Back Fabric at sofa @ Transitional Seating | Mayer Fabrics | 8 | 0 | 8 yd | $16.45 | $131.60 | 69 |
| 3121 | L-232A | Seat Vinyl at Stools @ E Room | Mayer Fabrics | 3 | 0 | 3 yd | $16.95 | $50.85 | 70 |
| 3121 | L-261A | Fabric at Chair @ Great Room | Mayer Fabrics | 28 | 0 | 28 yd | $14.45 | $404.60 | 71 |
| 3121 | L-272A | Fabric at Chair with Ladder Back and Upholstered seat @ Transitional Seating | Mayer Fabrics | 3 | 0 | 3 yd | $16.45 | $49.35 | 72 |
| 3121 | L-273A | Vinyl at Counter stool with Ladder Back & Upholstered Seat @ Sun Room | Mayer Fabrics | 2 | 0 | 2 yd | $16.45 | $32.90 | 72 |
| 3121 | L-275A | Vinyl at Chair with Ladder back & upholstered seat @ Sun Room | Mayer Fabrics | 4 | 0 | 4 yd | $16.45 | $65.80 | 72 |
| 3121 | L-274B | Seat & Inside Back Fabric at Stool @ Cafe | Mayer Fabrics | 4 | 0 | 4 yd | $16.45 | $65.80 | 73 |
| 3121 | C-321 | Drapery @ Tower Windows | Micell Drapery Company Inc. | 4 | 0 | 4 ea | $85.85 | $343.40 | 74 |
| 3121 | BOH-511 | Carpet @ BOH Areas: GM's Office, Sales Room, and Work Room | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 62 | 0 | 62 syd | $8.13 | $504.06 | 75 |
| 3121 | C-511 | Carpet @ Corridor | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 1250 | 0 | 1250 syd | $12.87 | $16,087.50 | 75 |
| 3121 | C-512 | Carpet Fill @ Corridor | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 620 | 0 | 620 syd | $12.61 | $7,818.20 | 75 |
| 3121 | C-521 | Carpet Base @ Corridor | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 3232 | 0 | 3232 lft | $0.98 | $3,167.36 | 75 |
| 3121 | CA FEE | CA Carpet Stewardship Assessment Fee | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 8138 | 0 | 8138 yd | $0.05 | $406.90 | 75 |
| 3121 | FC-511 | Carpet @ Fitness Center | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 54 | 0 | 54 syd | $16.43 | $887.22 | 75 |
| 3121 | F-G-511 | Guestroom Carpet | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 6130 | 0 | 6130 syd | $8.93 | $54,740.90 | 75 |
| 3121 | F-G-521 | Carpet Base | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 10100 | 0 | 10100 lft | $0.98 | $9,898.00 | 75 |
| 3121 | L-512 | Carpet @ Great Room | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 22 | 0 | 22 syd | $30.32 | $667.04 | 75 |
| 3121 | MR-511 | Carpet @ Meeting Room | Clayton Miller, Inc. US | 358 | 0 | 358 syd | $22.95 | $8,216.10 | 76 |
| 3121 | C-513 | Carpet Pad @ Corridor | Sponge Cushion (Rubber Pad), Div. Of Leggett & Platt, Inc. (Remit) | 1560 | 0 | 1560 syd | $1.94 | $3,026.40 | 77 |
| 3121 | F-G-515 | Carpet Pad | Sponge Cushion (Rubber Pad), Div. Of Leggett & Platt, Inc. (Remit) | 5885 | 35 | 5920 syd | $1.94 | $11,484.80 | 77 |
| 3121 | MR-512 | Carpet Pad @ Meeting Room | Sponge Cushion (Rubber Pad), Div. Of Leggett & Platt, Inc. (Remit) | 330 | 30 | 360 syd | $1.94 | $698.40 | 77 |
| 3121 | C-841 | Wallcovering @ Corridor | DL Couch | 2150 | 0 | 2150 yd | $4.75 | $10,212.50 | 83 |
| 3121 | C-842 | Wallcovering @ Corridor (Accent) | DL Couch | 400 | 20 | 420 yd | $4.75 | $1,995.00 | 83 |
| 3121 | F-GB-831 | Guestroom Bath Wallcovering | DL Couch | 1700 | 10 | 1710 yd | $4.75 | $8,122.50 | 83 |
| 3121 | GK-842 | Wallcovering @ Kitchen/ Dining, Sun Room, and Cafe | DL Couch | 150 | 0 | 150 yd | $8.95 | $1,342.50 | 83 |
| 3121 | L-842 | Wallcovering @ Feature Wall behind Host Stand | DL Couch | 30 | 2 | 32 yd | $6.95 | $222.40 | 83 |
| 3121 | MR-841 | Wallcovering @ Meeting Rooms (Main) | DL Couch | 130 | 0 | 130 yd | $4.75 | $617.50 | 83 |
| 3121 | MR-842 | Wallcovering @ Meeting Rooms (Accent) | DL Couch | 50 | 10 | 60 yd | $4.75 | $285.00 | 83 |
| 3121 | PR-841 | Wallcovering @ Public Restrooms | DL Couch | 100 | 0 | 100 yd | $9.95 | $995.00 | 83 |

| | Item | Description | Vendor | Qty | | Qty | Unit Price | Total | Pg |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | L-844 | Wallcovering @ Kitchen/ Dining, Wall Outside of Kitchen/ Dining, and Wall Located to the left of the cafe | MDC | 30 | 0 | 30 yd | $7.80 | $234.00 | 79 |
| 3121 | L-845 | Wallcovering @ E room Accent | MDC | 30 | 0 | 30 yd | $6.80 | $204.00 | 79 |
| 3121 | L-841 | Wallcovering @ Curved Banquette Back Wall | Korosreal Hospitality Network | 30 | 0 | 30 yd | $17.57 | $527.10 | 80 |
| 3121 | L-843 | Wallcovering @ Transitional Seating, Great Room, E-Room, Cafe, and Above the Chair Rail on the Wall Outside of Kitchen/ Dining | JM Lynne | 120 | 0 | 120 yd | $14.40 | $1,728.00 | 81 |
| 3121 | F-G-118R-RAILS | Side Splash and Scribe Rail for (2) F-G-118R model | Kimball Hospitality, Inc. | 2 | 0 | 2 ea | $85.00 | $170.00 | 84 |
| 3121 | L-511 | Carpet @ Lounge I & II and E Room | Mohawk Commercial Carpet | 99 | 0 | 99 syd | $25.95 | $2,569.05 | 78 |
| 3121 | L-513 | Carpet @ Sun Room | Mohawk Commercial Carpet | 69 | 0 | 69 syd | $25.95 | $1,790.55 | 78 |
| 3121 | FC-841 | Wallcovering @ Fitness Center | Korosreal Hospitality Network | 75 | 0 | 75 yd | $14.95 | $1,121.25 | 85 |
| 3121 | C-321A | Window Sheer Fabric @ Corridor | Northeast Textiles | 17 | 1 | 18 yd | $9.95 | $179.10 | 86 |
| 3121 | L-991 | Lobby Mirror | HG Art and Framing | 1 | 0 | 1 ea | $230.70 | $230.70 | 87 |
| 3121 | L-991C | Crating & Packing Charges | HG Art and Framing | 1 | 0 | 1 lot | $75.00 | $75.00 | 87 |
| 3121 | C-141A | Console @ Kiosk Area | Kimball Hospitality, Inc. | 1 | 0 | 1 ea | $225.00 | $225.00 | 88 |
| 3121 | L-733 | Artwork/ Apple Bowl @ Great Room | Wasserstrom Company, The | 1 | 0 | 1 ea | $93.45 | $93.45 | 42 |
| 3121 | C-321-RH | Sheers at Ramp Hallway (4) Windows | Micell Drapery Company Inc. | 1 | 0 | 1 lot | $507.00 | $507.00 | 89 |
| 3121 | C-321-SC | Sheers at South Corridor (20) Windows | Micell Drapery Company Inc. | 1 | 0 | 1 lot | $1,860.00 | $1,860.00 | 89 |
| 3121 | C-321A-RH | Sheer Fabric at Ramp Hallway | Northeast Textiles | 41 | 1 | 42 yd | $9.95 | $417.90 | 90 |
| 3121 | C-321A-SC | Sheer Fabric at South Corridor | Northeast Textiles | 150 | 4 | 154 yd | $9.95 | $1,532.30 | 90 |
| 3121 | BOH-111 | Desk Shell @ GM's Office | Ario, Inc | 1 | 0 | 1 ea | $175.50 | $175.50 | 91 |
| 3121 | BOH-113 | Filing Cabinet @ GM's Office | Ario, Inc | 1 | 0 | 1 ea | $157.00 | $157.00 | 91 |
| 3121 | BOH-114 | Desk @ Maintenance Area | Ario, Inc | 1 | 0 | 1 ea | $148.50 | $148.50 | 91 |
| 3121 | BOH-115 | Credenza with doors @ BOH Areas | Ario, Inc | 1 | 0 | 1 ea | $345.00 | $345.00 | 91 |
| 3121 | BOH-116 | Hutch @ GM's Office | Ario, Inc | 1 | 0 | 1 ea | $210.00 | $210.00 | 91 |
| 3121 | BOH-117 | Lateral Box Combo @ Sales Office and Work Room | Ario, Inc | 0 | 0 | 0 ea | $279.00 | $0.00 | 91 |
| 3121 | BOH-142 | Table @ BOH Areas: Employee Areas | Ario, Inc | 4 | 0 | 4 ea | $125.00 | $500.00 | 91 |
| 3121 | BOH-231 | Executive Task Chair @ BOH Areas: GM's Office | Ario, Inc | 1 | 0 | 1 ea | $118.00 | $118.00 | 91 |
| 3121 | BOH-232 | Task Chair @ BOH Areas: Sales Office and Work Room | Ario, Inc | 4 | 0 | 4 ea | $89.00 | $356.00 | 91 |
| 3121 | BOH-241 | Side Chair @ BOH Areas: GM's Office, Employee Areas, and Employee Training | Ario, Inc | 10 | 0 | 10 ea | $49.50 | $495.00 | 91 |
| 3121 | BOH-BKSLF | Back of House Bookshelf | Ario, Inc. | 1 | 0 | 1 ea | $178.00 | $178.00 | 91 |
| 3121 | F-G-611-A | Additional Wall Sconce at King Bed | Chapman Hospitality Lighting Inc | 1 | 0 | 1 ea | $129.00 | $129.00 | 92 |
| 3121 | F-G-613-A | Additional at Sconce at Sofa | Chapman Hospitality Lighting Inc | 1 | 0 | 1 ea | $139.00 | $139.00 | 92 |
| 3121 | F-G-611-AA | Additional Wall Sconce at King Bed | Chapman Hospitality Lighting Inc | 3 | 0 | 3 ea | $99.00 | $297.00 | 93 |
| 3121 | F-G-212AR | Sofa Sleeper Fabric for F-G-215 | P Kaufmann Contract | 18 | 0 | 18 yd | $17.95 | $323.10 | 96 |
| 3121 | C-141-EA | Table @ Elevator Area @ 2nd thru 5th Floor | Kimball Hospitality, Inc. | 4 | 0 | 4 ea | $220.00 | $880.00 | 94 |
| 3121 | L-635-C | Single Tiered Pendant Components Only @ Lounge I | Challenger Lighting | 1 | 0 | 1 ea | $450.00 | $450.00 | 95 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3121 | L-638A | Additional Accent Wall Washer @ NCR Station | Lightology | 1 | 0 | 1 ea | $32.85 | $32.85 | 98 |
| 3121 | L-271-A | Dining Chair with Upholstered Seat @ Kitchen/Dining | Grand Rapids Chair Company | 15 | 0 | 15 ea | $145.45 | $2,181.75 | 99 |
| 3121 | ADA-POOL-TBL | 42" Square Acrylic w/Umb Hole ADA Table | Tropitone Furniture Co. | 1 | 0 | 1 ea | $369.03 | $369.03 | 100 |
| 3121 | F-G-911 | Corner Guards @ Guestroom | In Pro Corporation | 16 | 0 | 16 ea | $5.70 | $91.20 | 101 |
| 3121 | SHIP & HANDLING | Shipping and Handling (cornerguards) | In Pro Corporation | 1 | 0 | 1 lot | $28.08 | $28.08 | 101 |
| 3121 | L-141B | ADA Table Bases (L-141 legs) | Shelby Williams, Div. Of CF Group | 8 | 0 | 8 ea | $64.35 | $514.80 | 102 |
| 3121 | L-141T | ADA Table Tops (L-141) | Shelby Williams, Div. Of CF Group | 2 | 0 | 2 ea | $246.15 | $492.30 | 102 |
| 3121 | C-521A | Additional Carpet Base @ Corridor | Shaw Industries Group, Inc., a Berkshire Hathaway Company | 160 | 0 | 160 lft | $0.98 | $156.80 | 103 |
| 3121 | PR-613L | Vanity Light Lenses @ Men & Women's Public Restroom | Lightology | 4 | 0 | 4 ea | $96.30 | $385.20 | 104 |
| 3121 | F-G-981C-A | Additional Desktop Swivel Mount Base-Studio Rooms | Peerless Industries, Inc. | 1 | 0 | 1 ea | $135.00 | $135.00 | 106 |
| 3121 | F-G-942B-A | Additional Closet Rack-24" | American Hotel Register Company | 4 | 0 | 4 ea | $28.99 | $115.96 | 107 |
| 3121 | F-G-613-CC | Wall Sconce at Sofa Cord Cover | Chapman Hospitality Lighting Company Inc. | 1 | 0 | 1 ea | $0.00 | $0.00 | 105 |
| 3121 | F-G-622-ADD | Additional Dry Bar Lamp | Chapman Hospitality Lighting Company Inc. | 4 | 0 | 4 ea | $0.00 | $0.00 | 105 |
| 3121 | F-G-642-ADD | Additional Vanity Light Fixture | Chapman Hospitality Lighting Company Inc. | 3 | 0 | 3 ea | $159.00 | $477.00 | 105 |
| 3121 | F-G-642-LC | F-G-642 Lens Cover | Chapman Hospitality Lighting Company Inc. | 1 | 0 | 1 ea | $40.00 | $40.00 | 105 |
| 3121 | F-G-114-ADD | Additional Side Table | Kimball Hospitality, Inc. | 1 | 0 | 1 ea | $123.00 | $123.00 | 108 |
| 3121 | F-G-139A-TRIM | Trim Set for 2349A35A16 (F-G-139A) | Kimball Hospitality, Inc. | 1 | 0 | 1 set | $50.00 | $50.00 | 108 |
| 3121 | F-G-728-ADD | Additional Dry Bar Mirror | Kimball Hospitality, Inc. | 3 | 0 | 3 ea | $60.00 | $180.00 | 108 |
| 3121 | KIMBALL-DISCOUNT | 5% Concession Discount per Kimball (Goods Delay) | Kimball Hospitality, Inc. | 1 | 0 | 1 lot | ($17.65) | ($17.65) | 108 |
| 3121 | L-636S | Stem for Single Tiered Pendant @ Sun Room | Challenger Lighting | 3 | 0 | 3 ea | $27.50 | $82.50 | 109 |
| 3121 | F-G-215-SS | Sleeper Sofa at Studio Room | Grand Manor Furniture Inc. | 2 | 0 | 2 ea | $991.10 | $1,982.20 | 97 |
| 3121 | F-G-216-RA | Right Arm Queen Sofa Sleeper | Grand Manor Furniture Inc. | 1 | 0 | 1 ea | $662.00 | $662.00 | 97 |
| 3121 | L-841A | Additional Wallcovering @ Curved Banquette Back Wall | Koroseal Hospitality Network | 30 | 0 | 30 yd | $17.57 | $527.10 | 110 |
| 3121 | GROOM-ART | Art @ Guestrooms | Soho Myriad, Inc. | 10 | 0 | 10 ea | $120.00 | $1,200.00 | 111 |
| 3121 | PRE-ARTA | Art A @ Prefunction | Soho Myriad, Inc. | 1 | 0 | 1 ea | $149.00 | $149.00 | 111 |
| 3121 | PRE-ARTB | Art B @ Prefunction | Soho Myriad, Inc. | 1 | 0 | 1 ea | $149.00 | $149.00 | 111 |
| 3121 | L-632-R | Rod at Two Tiered Pendant @ Lounge II | Challenger Lighting | 1 | 0 | 1 ea | $95.00 | $95.00 | 112 |

Total $1,221,403.76

METRORIVERSIDE, LLC

# 2013 Depreciation

83-0456825

## Description of Property

METRORIVERSIDE, LLC

GENERAL TRADE OR BUSINESS

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for Depreciation | Beginning Accumulated depreciation | Ending Accumulated depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAND | 04/01/2012 | 880,330. | 100. | | | | | | | | | | | | |
| LAND IMPROVEMENTS | 04/01/2012 | 473,282. | 100. | | | 473,282. | 23,664. | 68,626.150 | DB | HY | | | 15 | | 44,962. |
| KITCHEN SMALLWARES | 04/01/2012 | 39,113. | 100. | | | 39,113. | 13,036. | 30,422.200 | DB | HY | | | 3 | | 17,386. |
| LAUNDRY EQUIPMENT | 04/01/2012 | 52,567. | 100. | | | 52,567. | 7,512. | 20,386.200 | DB | HY | | | 7 | | 12,874. |
| HOTEL BUILDINGS | 04/01/2012 | 18,217,167. | 100. | | | 18,217,167. | 331,370. | 798,458. | S/L | MM | | | 39 | | 467,088. |
| OPERATING SUPPLIES | 04/01/2012 | 196,076. | 100. | | | 196,076. | 39,215. | 101,959.200 | DB | HY | | | 5 | | 62,744. |
| COMPUTER EQUIPMENT | 04/01/2012 | 244,121. | 100. | | | 244,121. | 48,824. | 126,943.200 | DB | HY | | | 5 | | 78,119. |
| SIGNAGE | 04/01/2012 | 57,575. | 100. | | | 57,575. | 2,879. | 8,349.150 | DB | HY | | | 15 | | 5,470. |
| KITCHEN EQUIPMENT | 04/01/2012 | 171,946. | 100. | | | 171,946. | 34,389. | 89,412.200 | DB | HY | | | 5 | | 55,023. |
| FURNITURE & FIXTURES | 04/01/2012 | 1,583,584. | 100. | | | 1,583,584. | 316,717. | 823,464.200 | DB | HY | | | 5 | | 506,747. |
| CABINETS | 04/01/2012 | 160,541. | 100. | | | 160,541. | 22,941. | 62,257.200 | DB | HY | | | 7 | | 39,316. |
| Less: Retired Assets . . . . . . . . | | | | | | | | | | | | | | | |
| TOTALS . . . . . . . . | | 22,076,302. | | | | 21,195,972. | 840,547. | 2,130,276. | | | | | | | 1,289,729. |

*Assets Retired

B6C (Official Form 6C) (4/10)

In re **MetroRiverside, LLC** ,
             Debtor

Case No. _____

Chapter **11**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
   11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|

**NONE.**

In re **MetroRiverside, LLC** Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | March 2, 2010 First Deed of Trust | | | | | |
| **The Redevelopment Agency of the City of Riverside 3900 Main Street Riverside, CA 92522** | X | - | **3500 Market Street, Riverside, California. 125 Room Hyatt Place Hotel with Adjacent 75 Stall Surface Parking Lot: APN NOs. 213 182 022-9; 213 182 021-8; 213 182 020-7; 213 182 019-7.** | | | | | |
| | | | Value $ 17,000,000.00 | | | | 20,660,000.00 | 3,660,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 20,660,000.00 | 3,660,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 20,660,000.00 | 3,660,000.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re    **MetroRiverside, LLC**                                  ,    Case No. _____

                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                           1    continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re  **MetroRiverside, LLC**                                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | For Notice Purpose Only. | | | | | | |
| **Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | For Notice Purpose Only. | | | | | | |
| **State of California Franchise Tax Board Section MS A340 Post Office Box 2952 Sacramento, CA 95812** | - | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | 0.00 | |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re **MetroRiverside, LLC** , Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Anthony Glaves** <br>**135 Stone Pine Lane** <br>**Menlo Park, CA 94025** | - | | | | **Unsecured Loan for Working Capital Amounts reflected as of 5/31/14.** | | | | **154,777.00** |
| Account No. **xxR187; #xxx-xxx-xxx2 616** <br><br> **AT&T** <br>**Po Box 5019** <br>**Carol Stream, IL 60197-5019** | - | | | | **7/12/2012** <br>**Telephone Services** | | | | **90.00** |
| Account No. **xxR182; #xxx xxx-xxxx 605 1** <br><br> **AT&T** <br>**Po Box 5025** <br>**Carol Stream, IL 60197-5025** | - | | | | **7/3/2012** <br>**Telephone Services** | | | | **379.68** |
| Account No. **xxR300; xxx-xxx-xxx7 598** <br><br> **AT&T** <br>**Po Box 5025** <br>**Carol Stream, IL 60197-5025** | - | | | | **2/3/2014** <br>**Telephone Services** | | | | **1,136.00** |

__5__ continuation sheets attached

Subtotal
(Total of this page) **156,382.68**

In re **MetroRiverside, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | 9/24/2013 - 5/12/2014 | | | | |
| **Benefit Risk Management Services, Inc.** **PO Box 2140** **Folsom, CA 95763** | - | | | | | | |
| | | | | | | | 3,180.48 |
| Account No. | | | 6/4/2012 - 4/14/2014 Vendor | | | | |
| **Bulk TV & Internet** **P.O. Box 99129** **Raleigh, NC 27624-9129** | - | | | | | | |
| | | | | | | | 2,090.03 |
| Account No. | | | 8/3/2012 Vendor | | | | |
| **Central Parking System** **3750 Market Street** **Riverside, CA 92501** | - | | | | | | |
| | | | | | | | 11,301.75 |
| Account No. | | | 5/9/2012 - 11/11/2013 | | | | |
| **Ethostream** **P.O. Box 505241** **Saint Louis, MO 63150-5241** | - | | | | | | |
| | | | | | | | 250.00 |
| Account No. | | | 7/1/2012 Mailing Services | | | | |
| **Federal Express** **P.O. Box 7221** **Pasadena, CA 91109** | - | | | | | | |
| | | | | | | | 128.19 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              16,950.45

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **MetroRiverside, LLC** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gate City Beverage**<br>**P.O. Box 842685**<br>**Los Angeles, CA 90084-2686** | - | | | **5/1/2012-7/9/2013**<br>**Vendor** | | | | **361.60** |
| Account No.<br><br>**GE Capital**<br>**Po Box 31001-0271**<br>**Pasadena, CA 91110-0271** | - | | | **Vendor** | | | | **423.08** |
| Account No.<br><br>**HD Supply**<br>**Po Box 509058**<br>**San Diego, CA 92150-9058** | - | | | **Vendor** | | | | **0.00** |
| Account No. **xxxxxx8268**<br><br>**Karcher North America**<br>**Dept. Ch 19244**<br>**Palatine, IL 60055-9244** | - | | | **10/19/2012-11/4/2013**<br>**Vendor** | | | | **75.33** |
| Account No.<br><br>**Mark Nicholson**<br>**1680 Dell Avenue**<br>**Campbell, CA 95008** | - | | | **Unsecured Loan for Working Capital**<br>**Amounts reflected as of 5/31/14** | | | | **127,945.00** |

Sheet no. __2___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**128,805.01**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **MetroRiverside, LLC**                      ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MetroPacific Properties, LLC** <br>**1550 Tiburon Blvd, Suite B1** <br>**Belvedere Tiburon, CA 94920** | - | | | Unsecured loan for payment of one half of bankruptcy attorney retainer (12,500). | | | | 12,500.00 |
| Account No. <br><br> **Orange Cleaners** <br>**P.O. Box 515381 #22951** <br>**Los Angeles, CA 90051-8861** | - | | | Vendor | | | | 1,058.50 |
| Account No. **x5526** <br><br> **Paul Cliff** <br>**Lobb & Cliff, LLP** <br>**1650 Spruce Street, Suite 410** <br>**Riverside, CA 92507** | - | | | 5/2014 <br>Legal Services | | | | 7,690.50 |
| Account No. <br><br> **Pepsi-Cola** <br>**P.O. Box 75948** <br>**Chicago, IL 60675-5948** | - | | | Vendor | | | | 442.96 |
| Account No. <br><br> **Pinnacle Investment Partners** <br>**c/o Mark Nicholson** <br>**1680 Dell Avenue** <br>**Campbell, CA 95008** | - | | | Unsecured Loan for Working Capital (697,033) and unsecured loan for payment of one half of bankruptcy attorney retainer ($12,500). (Amounts reflected as of 5/31/14). | | | | 709,533.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal <br>                      (Total of this page)     **731,224.96**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

In re **MetroRiverside, LLC** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 5/7/2014-6/5/2014 Vendor | | | | |
| Regency Enterprises Inc. Dept. CH 16786 Palatine, IL 60055-6786 | - | | | | | | | 26.57 |
| Account No. | | | | Unsecured Loan for Working Capital Amounts reflected as of 5/31/14. | | | | |
| Russell Schwartz 18 Monte Ave Oakland, CA 94611 | - | | | | | | | 105,466.00 |
| Account No. | | | | 4/9/2012-1/14/2014 Vendor | | | | |
| Starbucks P.O. Box 84348 Seattle, WA 98124-5648 | - | | | | | | | 275.00 |
| Account No. | | | | 4/9/2012-4/14/2014 Vendor | | | | |
| Sysco Riverside, Inc. 15750 Meridian Parkway March Air Reserve Base, CA 92518 | - | | | | | | | 6,684.33 |
| Account No. | | | | Vendor | | | | |
| Tri-State Security Patrol, Inc. 3291 Trade Center Drive Riverside, CA 92507 | - | | | | | | | 594.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  113,045.90

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **MetroRiverside, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vistar**<br>**P.O. Box 951080**<br>**Dallas, TX 75395-1080** | - | | **5/1/2012-2/3/2014**<br>**Vendor** | | | | 286.86 |
| Account No. <br><br>**Wasserstrom Company**<br>**477 S. Front Street**<br>**Columbus, OH 43215** | - | | **5/14/2012-1/13/2014**<br>**Vendor** | | | | 891.59 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 1,178.45 |
| Total<br>(Report on Summary of Schedules) | 1,147,587.45 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re **MetroRiverside, LLC** _____, Case No. _____

_____ Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| . | Debtor's review of Executory Contracts and Unexpired Leases is on-going and the foregoing leases and contracts are scheduled in an abundance of caution. The Debtor reserves the right to contend that they are not executory or expired. |
| .. | **Room Leases of Hotel Guests** |
| **AT&T**<br>**3580 Orange Street**<br>**Riverside, CA 92501** | **AT&T executed an internet service contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 6/24/2013.** |
| **Bulk TV**<br>**8537 Six Forks Rd, Suite 100**<br>**Raleigh, NC 27615** | **Bulk TV executed a television programming contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 12/21/2011.** |
| **Culligan**<br>**1925 Burgundy Place**<br>**Ontario, CA 91761** | **Culligan executed contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 12/22/2011 for water softening.** |
| **Ethostream**<br>**10200 Innovation Dr, Suite 300**<br>**Milwaukee, WI 53226** | **Ethostream executed contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 1/16/2012 for the use of high speed internet.** |
| **H&H**<br>**PO Box 9420**<br>**Rancho Cucamonga, CA 91701** | **H&H executed a contract for elevator maintenance with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 7/9/2013.** |
| **Hyatt Place Franchising, LLC**<br>**c/o Corporation Service Company**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | **Franchise Agreement dated June 10, 2008, as amended by the Amendment thereto dated September 22, 2008, and the Second Amendment thereto dated March 2010, and the Third Amendment thereto dated May 7, 2012 with MetroRiverside, LLC for the property located at:**<br>**3500 Market Street**<br>**Riverside, California** |
| **Micros Opera**<br>**7031 Columbia Gateway Drive**<br>**Columbia, MD 21046** | **Micros Opera executed a Property Management System (PMS) contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 11/17/2011.** |

Case: 14-30091   Doc# 1   Filed: 06/12/14   Entered: 06/12/14 17:13:30   Page 56 of 86

In re  **MetroRiverside, LLC**
_____,    Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Micros Simphony**<br>**7031 Columbia Gateway Drive**<br>**Columbia, MD 21046** | **Micros Simphony executed a contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 1/17/2011 to use of point-of-sale (POS) system, Simphony.** |
| **Microsoft Volume Licensing**<br>**Dept 551 Volume Licensing**<br>**6100 Neil Rd, Suite 201**<br>**Reno, NV 89511** | **Microsoft Volume Licensing executed a contract for a BOH software license with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 11/15/2011.** |
| **Protection One**<br>**24455 Royal County Down Dr.**<br>**Naperville, IL 60564** | **Protection One executed contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 10/20/2011 for the use of security cameras.** |
| **Sharp**<br>**8670 Argent Street**<br>**Santee, CA 92071** | **Sharp executed contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 4/15/2014 for use of a copier.** |
| **The Redevelopment Agency of the City of Riverside**<br>**Attn: Executive Director**<br>**3900 Main Street**<br>**Riverside, CA 92501** | **MetroRiverside LLC entered into a Hotel Construction Loan dated March 2, 2010 with The Redevelopment Agency of the City of Riverside, a public body coporate and politic, for the purpose of financing the redevelopment of certain property located in Riverside, CA, comprised of the following commercial, residential, and parking components: (i) a 115 to 125 room Hyatt Place-braded hotel; (ii) between twenty (20) and forty (40) for sale (or for rent on interim bassis until the units can be sold) condominiums, townhouses and/or live/work lofts; (iii) between 4,000 to 7,000 gross square feet of commercial/retail/office space; (iv) associated vehicular parking spaces; and (v) certain hardscape and landscape street improvements surrounding the Property located at:**<br>**3500 Market Street**<br>**Riverside, California** |
| **The RIM Corporation**<br>**915 17th Street**<br>**Modesto, CA 95354** | **Hotel Management Agreement entered on January 5, 2011 by and between MetroRiverside, LLC and The Rim Corporation aka Rim Hospitality.** |
| **Uniguest**<br>**1035 Acorn Drive**<br>**Nashville, TN 37210** | **Uniguest executed contract with MetroRiverside LLC on behalf of Hyatt Place Franchising, LLC on 11/17/2011 for public access computers.** |

Sheet  __1__  of  __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **MetroRiverside, LLC**            ,    Case No. _____

                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinnacle Investment Partners, LP**<br>**1680 Dell Avenue**<br>**Campbell, CA 95008**<br>   **Non-Recourse Carveout Guaranty Agreement** | **The Redevelopment Agency of the**<br>**City of Riverside**<br>**3900 Main Street**<br>**Riverside, CA 92522** |
| **Siavash Barmand**<br>**1550 Tiburon Blvd, Suite B1**<br>**Belvedere Tiburon, CA 94920**<br>   **Non-Recourse Carveout Guaranty Agreement** | **The Redevelopment Agency of the**<br>**City of Riverside**<br>**3900 Main Street**<br>**Riverside, CA 92522** |

  **0**

    ────  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re **MetroRiverside, LLC**
Debtor(s)

Case No. _____
Chapter **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS YEAR (2013):**

| 1. Gross Income for Prior Year to Filing (2013): | $ | 3,464,281.00 |
|---|---|---|

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| 2. Gross Monthly Income (based on four month average projection June 2014 - September 2014) | $ | 356,360.25 |
|---|---|---|

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Projected Expenses (based on four month average projection June 2014 - September 2014)

DEPARTMENTAL EXPENSES

| | | | |
|---|---|---|---|
| Rooms | $ | 103,791.00 | |
| Parking | $ | 9,319.50 | |
| Private Bar & Gift Shop | $ | 0.00 | |
| Spa | $ | 0.00 | |
| Other Operated Departments | $ | 10,517.50 | |
| Transportation - Café | $ | | |
| TOTAL DEPARTMENTAL EXPENSES | $ | | 123,628.00 |

UNDISTRIBUTED EXPENSES

| | | |
|---|---|---|
| Administrative & General | 27,468.75 | |
| Marketing | 34,423.50 | |
| Franchise Fees | 15,310.50 | |
| Facilities & Maintenance | 9,305.50 | |
| Energy/Utilities | 19,804.00 | |
| TOTAL UNDISTRIBUTED EXPENSES | | 106,312.30 |

GROSS OPERATING EXPENSES

| | | |
|---|---|---|
| Management Fees | 10,690.75 | |
| Earthquake Insurance | 0.00 | |
| Property Taxes | 5,250.00 | |
| Insurance | 4,835.00 | |
| TOTAL GROSS OPERATING EXPENSES | | 20,775.75 |

OWNERSHIP EXPENSES

| | | |
|---|---|---|
| Interest Expense-Mortgage (Mortgage payments made semi-annually, $125,000 allotted per month for anticipated payment) | 125,000.00 | |
| Asset Management Fees & Receiver Fees | 6,0000.00 | |
| F,F&E Reserve (Rev Rooms %3) | 9,186.25 | |
| TOTAL OWNERSHIP EXPENSES | | 140,186.30 |

| DESCRIPTION | TOTAL | | |
|---|---|---|---|
| 4. Total Monthly Expenses (Add items 3-21) | | $ | 390,902.25 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| 5.. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | (34,542.00) |
|---|---|---|

# United States Bankruptcy Court
## Northern District of California

In re   **MetroRiverside, LLC**                     Case No. _____

                                                   Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**53**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 12, 2014** _____         Signature    **/s/ Siavash Barmand** _____

                                                            **Siavash Barmand**
                                                            **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **MetroRiverside, LLC**
_____
Debtor(s)

Case No.  _____

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,345,732.00 | **2014 YTD Business Income (January 2014 - April 2014)** |
| | **Gross Income: $1,345,732.00** **Net Income: ($59,989.00)** |
| | **(Figures are taken from Profit and Loss Statement "For the Months Ending April 2014", attached hereto as Exhibit "B" and incorporated herewith by reference).** |
| $3,464,281.00 | **2013: Business Income** |
| | **Gross Income: $3,464,281.00** **Net Income: (349,617)** |
| | **(Figures are taken from 2013 Profit and Loss Statement, attached hereto as Exhibit "C" and incorporated herewith by reference).** |

| AMOUNT | SOURCE |
|---|---|
| **$3,231,099.00** | **2012: Business Income** |

**Gross Income: $3,231,099**
**Net Income: $91,850.00**

**(Figures are taken from 2012 Federal Tax Return.**

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City of Riverside as Successor Agency to the Former Redevelopment Agency of the City of Riverside v. MetroRiverside, LLC, et al.; Case No. RIC-14-04945** | **Judicial Foreclosure; Specific Performance for Appointment of Receiver for Assignment of Rents; Accounting; and Declaratory Relief.** | **Superior Court of the State of California, County of Riverside 4050 Main Street Riverside, CA 92501** | **Pending** |
| **MetroRiverside, LLC v. City of Riverside, et al.; Case No. RIC-13-03305** | **Metro Riverside, LLC issued a complaint re Breach of Contract (dismissed). City of Riverside issued cross-complaint re Breach of Contract.** | **Superior Court of the State of California, County of Riverside 4050 Main Street Riverside, CA 92501** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Macdonald Fernandez LLP**<br>**221 Sansome Street, Third Floor**<br>**San Francisco, CA 94104-2323** | **5/23/2014; Pinnacle Investment Partners, L.P.**<br>**6/2/2014; MetroPacific Properties, LLC** | **$12,500.00**<br>**$12,500.00** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Gold Business Services Package, Reserve Sweep Account**<br>**Account No. 5813** | **$86.00; 12/11/2013** |
| **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Account No. 5581** | **$4,870.68; 8/8/2013**<br>**(transferred to Bank of Marin account ending in 0049)** |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MetroRiverside, LLC** | **83-0456825** | **3500 Market Street Riverside, CA 92501** | **Debtor owns 125 room Hyatt Place hotel.** | **3/2010-Current** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Azadeh Najafi**<br>**1550 Tiburon Blvd, Suite B1**<br>**Belvedere Tiburon, CA 94920** | **Bookkeeper employed until February 2013.** |
| **Susan Aronovsky**<br>**1550 Tiburon Blvd, Suite B1**<br>**Belvedere Tiburon, CA 94920** | **Bookkeeper employed from February 2013 to present.** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Ghiasi and Company** | **Attn: Kamran Ghiasi**<br>**2 Embarcadero Center, Suite 1650**<br>**San Francisco, CA 94111** | **Tax preparation services every year. Currently preparing 2013 return.** |

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

---

**20. Inventories**

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

#### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **MetroPacific Properties, LLC<br>1550 Tiburon Blvd, Suite B1<br>Belvedere Tiburon, CA 94920** | **Managing Member** | **50% Ownership<br>See MetroRiverside Ownership attached to Statement of Financial Affairs as Exhibit "D" and incorporated by reference.** |
| **Pinnacle Investment Partners, LP<br>1680 Dell Avenue<br>Campbell, CA 95008** | **Managing Member** | **50% Ownership<br>See MetroRiverside Ownership attached to Statement of Financial Affairs as Exhibit "D" and incorporated by reference.** |

#### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

#### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

#### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 12, 2014**          Signature     **/s/ Siavash Barmand**

**Siavash Barmand**

**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT B to SoFA

| | For the 12 months ending December 2013 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Actual | % | CPOR | Budget | % | CPOR | Diff |
| Rms Available | 45,625 | | | 45,625 | | | - |
| Rms Sold | 32,114 | | | 29,965 | | | 2,149 |
| ADR | 94.21 | | | 94.14 | | | 0.07 |
| Occ % | 70.39% | | | 65.68% | | | 4.71% |
| RevPar | 66.31 | | | 61.83 | | | 4.49 |
| | | | | | | | |
| REVENUE | | | | | | | |
| Rooms | 3,025,580 | 87.34% | 94.21 | 2,820,916 | 88.29% | 94.14 | 204,664 |
| Food & Beverages | - | 0.00% | - | - | 0.00% | - | - |
| Parking | 58,376 | 1.69% | 1.82 | 119,860 | 3.75% | 4.00 | (61,484) |
| Private Bars & Gift Shop | - | 0.00% | - | - | 0.00% | - | - |
| Spa | - | 0.00% | - | - | 0.00% | - | - |
| Other Operated Departments | 353,716 | 10.21% | 11.01 | 248,410 | 7.78% | 8.29 | 105,306 |
| Rentals & Other Income | 26,609 | 0.77% | 0.83 | 5,693 | 0.18% | 0.19 | 20,916 |
| TOTAL REVENUES | 3,464,281 | 100.00% | 107.87 | 3,194,879 | 100.00% | 106.62 | 269,402 |
| | | | | | | | |
| DEPARTMENTAL EXPENSES | | | | | | | |
| Rooms | 1,133,122 | 37.45% | 35.28 | 984,363 | 34.90% | 32.85 | (148,760) |
| Food & Beverages | - | 0.00% | - | - | 0.00% | - | - |
| Parking | 125,515 | 215.01% | 3.91 | 74,000 | 61.74% | 2.47 | (51,515) |
| Private Bars & Gift Shop | - | 0.00% | - | - | 0.00% | - | - |
| Spa | - | 0.00% | - | - | 0.00% | - | - |
| Laundry Department | - | 0.00% | - | - | 0.00% | - | - |
| Other Operated Departments | 108,543 | 30.69% | 3.38 | 119,350 | 48.05% | 3.98 | 10,806 |
| Rentals & Other Income | - | 0.00% | - | - | 0.00% | - | - |
| TOTAL DEPARTMENTAL EXPENSES | 1,367,181 | 39.47% | 42.57 | 1,177,712 | 36.86% | 39.30 | (189,469) |
| | | | | | | | |
| TOTAL DEPART INCOME | 2,097,100 | 60.53% | 65.30 | 2,017,167 | 63.14% | 67.32 | 79,934 |
| | | | | | | | |
| UNDISTRIBUTED EXPENSES | | | | | | | |
| Administrative & General | 314,258 | 9.07% | 9.79 | 249,024 | 7.79% | 8.31 | (65,234) |
| Marketing | 332,800 | 9.61% | 10.36 | 364,246 | 11.40% | 12.16 | 31,446 |
| Franchise Fees | 149,812 | 4.32% | 4.67 | 119,703 | 3.75% | 3.99 | (30,110) |
| Facilities & Maintenance | 107,391 | 3.10% | 3.34 | 109,552 | 3.43% | 3.66 | 2,161 |
| Energy/Utilities | 186,901 | 5.40% | 5.82 | 227,434 | 7.12% | 7.59 | 40,533 |
| TOTAL UNDIST EXPENSES | 1,091,163 | 31.50% | 33.98 | 1,069,959 | 33.49% | 35.71 | (21,205) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GROSS OPERATING PROFIT | 1,005,937 | 29.04% | 31.32 | 947,208 | 29.65% | 31.61 | **58,729** |
| | | | | | | | |
| Management Fees | 104,222 | 3.01% | 3.25 | 95,846 | 3.00% | 3.20 | **(8,375)** |
| Earthquake Insurance | - | 0.00% | - | 27,996 | 0.88% | 0.93 | **27,996** |
| Property Taxes | 58,626 | 1.69% | 1.83 | 120,000 | 3.76% | 4.00 | **61,374** |
| Insurance | 58,669 | 1.69% | 1.83 | 21,996 | 0.69% | 0.73 | **(36,673)** |
| EBITDA | 784,420 | 22.64% | 24.43 | 681,370 | 21.33% | 22.74 | **103,050** |
| | | | | | | | |
| Interest Expense-Mortgage | 1,076,537 | 31.08% | 33.52 | 1,080,000 | 33.80% | 36.04 | **3,463** |
| Interest Expense-Other | - | 0.00% | - | - | 0.00% | - | **-** |
| Interest Expense-Non Cash | - | 0.00% | - | - | 0.00% | - | **-** |
| Rent | - | 0.00% | - | - | 0.00% | - | **-** |
| NET FROM OPERATION | (292,117) | -8.43% | (9.10) | (398,630) | -12.48% | (13.30) | **106,513** |
| | | | | | | | |
| Amortization | - | 0.00% | - | - | 0.00% | - | **-** |
| Depreciation | - | 0.00% | - | - | 0.00% | - | **-** |
| Incentive Fees | - | 0.00% | - | - | 0.00% | - | **-** |
| Professional Fees | - | 0.00% | - | - | 0.00% | - | **-** |
| Licenses, Permits & Fees | 6,000 | 0.17% | 0.19 | - | 0.00% | - | **6,000** |
| Professional Fees - Owner | 10,500 | 0.30% | 0.33 | - | 0.00% | - | **10,500** |
| Asset Management Fees | 72,000 | 2.08% | 2.24 | - | 0.00% | - | **72,000** |
| Extraordinary Income/Loss | (31,000) | -0.89% | (0.97) | - | 0.00% | - | **(31,000)** |
| - | - | 0.00% | - | - | 0.00% | - | **-** |
| TAXABLE INCOME | (349,617) | -10.09% | (10.89) | (398,630) | -12.48% | (13.30) | **49,013** |

# EXHIBIT C to SoFA

**HYATT PLACE RIVERSIDE**

**FINANCIAL REPORT**

**For the 4 months ending April 2014**

| | Actual | % | CPOR | Budget | % | CPOR | Diff | Prev Year |
|---|---|---|---|---|---|---|---|---|
| **For the 4 months ending April 2014** | | | | | | | | |
| Rms Available | 15,000 | | | 15,000 | | | - | 15,000 |
| Rms Sold | 11,364 | | | 10,953 | | | 411 | 9,412 |
| ADR | 103.46 | | | 97.61 | | | 5.85 | 93.90 |
| Occ % | 75.76% | | | 73.02% | | | 2.74% | 62.75% |
| RevPar | 78.38 | | | 71.27 | | | 7.11 | 58.92 |
| | | | | | | | | |
| **REVENUE** | | | | | | | | |
| Rooms | 1,175,736 | 87.37% | 103.46 | 1,069,103 | 86.08% | 97.61 | 106,633 | 883,788 |
| Food & Beverages | - | 0.00% | | - | 0.00% | | - | - |
| Parking | 35,862 | 2.66% | 3.16 | 43,812 | 3.53% | 4.00 | (7,950) | 22,169 |
| Private Bars & Gift Shop | - | 0.00% | | - | 0.00% | | - | - |
| Spa | - | 0.00% | | - | 0.00% | | - | - |
| Other Operated Departments | 129,324 | 9.61% | 11.38 | 124,097 | 9.99% | 11.33 | 5,226 | 101,422 |
| Rentals & Other Income | 4,811 | 0.36% | 0.42 | 5,038 | 0.41% | 0.46 | (227) | 26,153 |
| TOTAL REVENUES | 1,345,732 | 100.00% | 118.42 | 1,242,051 | 100.00% | 113.40 | 103,681 | 1,033,532 |
| | | | | | | | | |
| **DEPARTMENTAL EXPENSES** | | | | | | | | |
| Rooms | 411,865 | 35.03% | 36.24 | 385,125 | 36.02% | 35.16 | (26,740) | 358,112 |
| Food & Beverages | - | 0.00% | | - | 0.00% | | - | - |
| Parking | 50,131 | 139.79% | 4.41 | 32,859 | 75.00% | 3.00 | (17,272) | 24,410 |
| Private Bars & Gift Shop | - | 0.00% | | - | 0.00% | | - | - |
| Spa | - | 0.00% | | - | 0.00% | | - | - |
| Laundry Department | - | 0.00% | | - | 0.00% | | - | - |
| Other Operated Departments | 39,649 | 30.66% | 3.49 | 36,984 | 29.80% | 3.38 | (2,665) | 27,154 |
| Rentals & Other Income | - | 0.00% | | - | 0.00% | | - | - |
| TOTAL DEPARTMENTAL EXPENSES | 501,645 | 37.28% | 44.14 | 454,968 | 36.63% | 41.54 | (46,676) | 409,676 |
| | | | | | | | | |
| TOTAL DEPART INCOME | 844,087 | 62.72% | 74.28 | 787,082 | 63.37% | 71.86 | 57,004 | 623,855 |
| | | | | | | | | |
| **UNDISTRIBUTED EXPENSES** | | | | | | | | |
| Administrative & General | 128,222 | 9.53% | 11.28 | 106,952 | 8.61% | 9.76 | (21,270) | 94,400 |
| Marketing | 132,345 | 9.83% | 11.65 | 144,182 | 11.61% | 13.16 | 11,838 | 96,335 |
| Franchise Fees | 56,083 | 4.17% | 4.94 | 53,455 | 4.30% | 4.88 | (2,627) | 41,574 |
| Facilities & Maintenance | 53,440 | 3.97% | 4.70 | 38,040 | 3.06% | 3.47 | (15,401) | 30,714 |
| Energy/Utilities | 59,328 | 4.41% | 5.22 | 70,148 | 5.65% | 6.40 | 10,820 | 55,049 |
| TOTAL UNDIST EXPENSES | 429,418 | 31.91% | 37.79 | 412,777 | 33.23% | 37.69 | (16,641) | 318,072 |
| | | | | | | | | |
| GROSS OPERATING PROFIT | 414,669 | 30.81% | 36.49 | 374,305 | 30.14% | 34.17 | 40,364 | 305,784 |
| | | | | | | | | |
| Management Fees | 40,372 | 3.00% | 3.55 | 37,262 | 3.00% | 3.40 | (3,110) | 31,006 |
| Earthquake Insurance | - | 0.00% | - | - | 0.00% | - | - | - |
| Property Taxes | 31,142 | 2.31% | 2.74 | 21,000 | 1.69% | 1.92 | (10,142) | 23,294 |
| Insurance | 20,298 | 1.51% | 1.79 | 19,340 | 1.56% | 1.77 | (958) | 17,418 |
| EBITDA | 322,857 | 23.99% | 28.41 | 296,704 | 23.89% | 27.09 | 26,154 | 234,066 |
| | | | | | | | | |
| Interest Expense-Mortgage | 358,846 | 26.67% | 31.58 | 430,000 | 34.62% | 39.26 | 71,154 | 358,846 |
| Interest Expense-Other | - | 0.00% | - | - | 0.00% | - | - | - |
| Interest Expense-Non Cash | - | 0.00% | - | - | 0.00% | - | - | - |
| Rent | - | 0.00% | - | - | 0.00% | - | - | - |
| NET FROM OPERATION | (35,989) | -2.67% | (3.17) | (133,296) | -10.73% | (12.17) | 97,308 | (124,780) |
| | | | | | | | | |
| Amortization | - | 0.00% | - | - | 0.00% | - | - | - |
| Depreciation | - | 0.00% | - | - | 0.00% | - | - | - |
| Incentive Fees | - | 0.00% | - | - | 0.00% | - | - | - |
| Professional Fees | - | 0.00% | - | - | 0.00% | - | - | - |
| Professional Fees - Owner | - | 0.00% | - | - | 0.00% | - | - | - |
| Asset Management Fees | 24,000 | 1.78% | 2.11 | 24,000 | 1.93% | 2.19 | - | 24,000 |
| Extraordinary Income/Loss | - | 0.00% | - | - | 0.00% | - | - | - |
| - | - | 0.00% | - | - | 0.00% | - | - | - |
| TAXABLE INCOME | (59,989) | -4.46% | (5.28) | (157,296) | -12.66% | (14.36) | 97,308 | (148,780) |

Case: 14-30901   Doc# 1   Filed: 06/12/14   Entered: 06/12/14 17:13:30   Page 74 of 86

# EXHIBIT D to SoFA

Case: 14-30901    Doc# 1    Filed: 06/12/14    Entered: 06/12/14 17:13:30    Page 75 of 86

# MetroRiverside, LLC

## MetroRiverside, LLC

MetroPacific Properties, LLC
*50% owner of MetroRiverside*

Pinnacle Investment Partners, LP
*50% owner of MetroRiverside*

## MetroPacific Properties, LLC

Barmand-Najafi Living Trust dated June 8, 2005
*100% owner of MetroPacific*

## Pinnacle Investment Partners, LP

**%**

1) Pinnacle GP, LLC
  i) C.W. Realty Corp - 99.99%
  ii) .01% Nicholson Family Trust, LLC

1.00% of Pinnacle Investment Partners

2) PIP Investor B, LP
  i) Pinnacle GP LLC - 1%
  ii) 37 different entities - 99%

56.7031% of Pinnacle Investment Partners

3) PIP Investor C, LP
  i) Pinnacle GP, LLC - 1%
  iii) PIP C, LP - 99%
    a) PIP Investor D, LP - 99%
    b) Pinnacle GP, LLC - 1%

11.5430% of Pinnacle Investment Partners

4) PIP Investor D, LP
  i) Pinnacle GP, LLC - 1%
  ii) C.W. Realty Corp - 99%

25.2950% of Pinnacle Investment Partners

5) PIP Investor E, LP
  i) Pinnacle GP, LLC - 1%
  iii) W. John Nicholson - 48.975783%
  iii) The Nicholson Family Community
    Property Trust - 30.242417%
  iv) The Nicholson Family
    Partnership - 19.7818%

5.4589% of Pinnacle Investment Partners

**Total Ownership**   **100.00%**

# United States Bankruptcy Court
## Northern District of California

In re    **MetroRiverside, LLC** _____ ,

                               Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MetroPacific Properties, LLC**<br>**1550 Tiburon Blvd, Suite B1**<br>**Belvedere Tiburon, CA 94920** | | **50%** | **Equity Interest in LLC** |
| **Pinnacle Investment Partners, LP**<br>**1680 Dell Avenue**<br>**Campbell, CA 95008** | | **50%** | **Equity Interest in LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____ **June 12, 2014** _____

Signature   **/s/ Siavash Barmand** _____

                    **Siavash Barmand**
                    **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re __MetroRiverside, LLC__         Case No. _____

Debtor(s)     Chapter   __11__ _____

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: __June 12, 2014__ _____

__/s/ Reno F.R. Fernandez III__ _____
Signature of Attorney
__Reno F.R. Fernandez III 251934__
__Macdonald Fernandez LLP__
__221 Sansome Street, 3rd Floor__
__San Francisco, CA 94104__
__(415) 362-0449   Fax: (415) 394-5544__

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Anthony Glaves
135 Stone Pine Lane
Menlo Park, CA 94025


AT&T
Po Box 5019
Carol Stream, IL 60197-5019


AT&T
Po Box 5025
Carol Stream, IL 60197-5025


AT&T
3580 Orange Street
Riverside, CA 92501


Benefit Risk Management Services, Inc.
PO Box 2140
Folsom, CA 95763


Bulk TV
8537 Six Forks Rd, Suite 100
Raleigh, NC 27615

Bulk TV & Internet
P.O. Box 99129
Raleigh, NC 27624-9129


Central Parking System
3750 Market Street
Riverside, CA 92501


Culligan
1925 Burgundy Place
Ontario, CA 91761


Ethostream
P.O. Box 505241
Saint Louis, MO 63150-5241


Ethostream
10200 Innovation Dr, Suite 300
Milwaukee, WI 53226


Federal Express
P.O. Box 7221
Pasadena, CA 91109


Gate City Beverage
P.O. Box 842685
Los Angeles, CA 90084-2686


GE Capital
Po Box 31001-0271
Pasadena, CA 91110-0271

H&H
PO Box 9420
Rancho Cucamonga, CA 91701


HD Supply
Po Box 509058
San Diego, CA 92150-9058


Howard B. Golds
Best Best & Krieger LLP
3390 University Avenue, 5th Fl.
Riverside, CA 92501


Hyatt Place Franchising, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Karcher North America
Dept. Ch 19244
Palatine, IL 60055-9244


Ken Harris
Regional Vice President of Operations
Hyatt Place
7272 East Indian School Rd., Ste. 101
Scottsdale, AZ 85251


Mark Nicholson
1680 Dell Avenue
Campbell, CA 95008

MetroPacific Properties, LLC
1550 Tiburon Blvd, Suite B1
Belvedere Tiburon, CA 94920


Micros Opera
7031 Columbia Gateway Drive
Columbia, MD 21046


Micros Simphony
7031 Columbia Gateway Drive
Columbia, MD 21046


Microsoft Volume Licensing
Dept 551 Volume Licensing
6100 Neil Rd, Suite 201
Reno, NV 89511


Orange Cleaners
P.O. Box 515381 #22951
Los Angeles, CA 90051-8861


Paul Cliff
Lobb & Cliff, LLP
1650 Spruce Street, Suite 410
Riverside, CA 92507


Pepsi-Cola
P.O. Box 75948
Chicago, IL 60675-5948


Pinnacle Investment Partners
c/o Mark Nicholson
1680 Dell Avenue
Campbell, CA 95008

Pinnacle Investment Partners, LP
1680 Dell Avenue
Campbell, CA 95008


Protection One
24455 Royal County Down Dr.
Naperville, IL 60564


Regency Enterprises Inc.
Dept. CH 16786
Palatine, IL 60055-6786


Russell Schwartz
18 Monte Ave
Oakland, CA 94611


Sharp
8670 Argent Street
Santee, CA 92071


Siavash Barmand
1550 Tiburon Blvd, Suite B1
Belvedere Tiburon, CA 94920


Starbucks
P.O. Box 84348
Seattle, WA 98124-5648


State of California
Franchise Tax Board
Section MS A340
Post Office Box 2952
Sacramento, CA 95812

```
Sysco Riverside, Inc.
15750 Meridian Parkway
March Air Reserve Base, CA 92518


TelePacific Communications
Attn: General Counsel
515 S. Flower Street, 47th Floor
Los Angeles, CA 90071-2201


The Redevelopment Agency of the
City of Riverside
3900 Main Street
Riverside, CA 92522


The Redevelopment Agency of the
City of Riverside
Attn: Executive Director
3900 Main Street
Riverside, CA 92501


The Redevelopment Lender of the
City of Riverside
Attn: Executive Director
3900 Main Street
Riverside, CA 92522


The RIM Corporation
915 17th Street
Modesto, CA 95354


Tri-State Security Patrol, Inc.
3291 Trade Center Drive
Riverside, CA 92507


Uniguest
1035 Acorn Drive
Nashville, TN 37210
```

Vistar
P.O. Box 951080
Dallas, TX 75395-1080


Wasserstrom Company
477 S. Front Street
Columbus, OH 43215

# United States Bankruptcy Court
## Northern District of California

In re   **MetroRiverside, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MetroRiverside, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 12, 2014** _____
Date

**/s/ Reno F.R. Fernandez III** _____
**Reno F.R. Fernandez III 251934**
Signature of Attorney or Litigant
Counsel for   **MetroRiverside, LLC**
**Macdonald Fernandez LLP**
**221 Sansome Street, 3rd Floor**
**San Francisco, CA 94104**
**(415) 362-0449 Fax:(415) 394-5544**